# STEPHANIE SUSANNE WOLF, J.D., Ph.D.
# Licensed Psychologist

## CURRICULUM VITAE

**Education**

Virginia Commonwealth University                                                         *Richmond, VA*
    Doctor of Philosophy in Clinical Psychology, 2013

Virginia Treatment Center for Children, July 2012-July 2013
    American Psychological Association Accredited Internship            *Richmond, VA*

University of Maryland School of Law                                                    *Baltimore, MD*
    Juris Doctor (with honors), 2001

University of Rochester                                                                          *Rochester, NY*
    Bachelor of Arts in Psychology and Cultural Anthropology (cum laude), 1998

**Professional Experience**

*Mental Health Director, The Tree House Child Advocacy Center of*                *Rockville, MD*
*Montgomery County*
January 2016-Present
- Supervise delivery of evidenced based mental health services to maltreated children and their non-offending caregivers including providing and supervising intakes, intensive mental health assessments, crisis intervention, and individual, family and group therapy
- Implement policies and procedures for the clinical services provided
- Recruit, train and supervise program mental health staff including psychologists, social workers, psychology post doctoral fellows and psychology externs including development and implementation of training curriculum
- Testify in Family Court and Child In Need Of Assistance (CINA) hearings. Qualified as an expert in Maryland State Courts.
- Serve as a liaison between the clinical staff and the CAC administration and multidisciplinary team co-located at the CAC
- Represent the clinical services of CAC to the profession and lay public by attending community and networking meetings

*Adjunct Professor, Supervisor, The University of Maryland*                     *College Park, MD*
*Department of Counseling, Higher Education and Special Education, College of Education*
August 2018-present
- Supervise child therapy delivery and implementation at CARES-Co Clinic
- Design and teach 3 credit *Child Therapeutic Interventions* class for Spring Semester to advanced doctoral students

*Director and Founder, Wolf Psychology LLC*                                             *Bethesda, MD*
May 2016-Present
- Provide child therapy, assessment and consultation

- Perform forensic services including parenting capacity evaluations and working as an expert witness in a variety of civil and criminal matters

*Program Developer and Clinical Supervisor, Transitional Trauma*          Rockville, MD
*Therapist Program, Montgomery County Child Welfare and the Tree House Child Advocacy Center*
December 2016-Present

- Co-develop program with federal and state grants to provide short term therapy to children upon removal from their families.
- Create program format, identify treatment modalities and develop measurement and tracking system.
- Work with Child Welfare counterparts to identify and address implementation barriers and encourage referrals and success.
- Hire and supervise licensed clinical social workers who provide in home services.

*Psychologist, The Tree House Child Advocacy Center of*          Rockville, MD
*Montgomery County*
April 2014-December 2015

- Provide individual and family therapy to maltreated children and their families using evidenced based treatments such as Trauma Focused Cognitive Behavioral Therapy (TF-CBT), Parent Child Interaction Therapy (PCIT) and Circle of Security Parenting Program
- Supervise doctoral practicum students in providing therapy and conducting intakes
- Conduct intakes, consults and comprehensive cognitive, personality, and parenting capacity psychological assessments
- Collaborate with variety of organizations including: Child Welfare Services, Montgomery County Police and the Office of the State's Attorney of Montgomery County
- Worked as Post Doctoral Fellow supervised by Dr. Alicia Meyer until licensure

*Intern, Virginia Treatment Center for Children,*          Richmond, VA
*Department of Psychiatry*
*Virginia Commonwealth University Medical Center*
July 2011- July 2012
Training Director: Julie Linker, Ph.D.

- Twelve- month rotation in child/adolescent *Acute Care Crisis Stabilization*
    - Served as the primary therapist for child/adolescent patients and functioned as the behavior management consultant for the nursing staff
    - Provided intensive family and group therapy
    - Conducted all case management and follow up care needed
- Six-month rotation in *Pediatric Consultation and Liaison* service.
    - Provided assessments, immediate interventions, and recommendations for inpatient (PICU, NICU, Progressive Care Unit, Pediatric General Floor) medical pediatric patients and their families experiencing a wide array of psychological problems such as anxiety, depression, grief, aggressiveness, pain management, and non-compliance with medical procedures
    - Conducted assessments and provided recommendations during weekly *Pediatric Craniofacial and Vascular Clinics* for all patients and their families concerning development, psychosocial adjustment, and readiness for surgery

- Staffed weekly *Pediatric Primary Care Walk In Clinics* providing assessments, recommendations, referrals and short-term therapy addressing problems such as ADHD, nightmares, enuresis, and school bullying
- Served on-call one day per week to the hospital's *Pediatric Emergency Department* to assess for safety and make recommendations concerning hospitalization
- Conducted comprehensive cognitive and personality psychological assessments with weekly supervision and assessment didactics. Completed eight evaluations with feedback sessions
- Provided individual, play, sand tray and family therapy to children and families in an outpatient setting. Approximately four patients weekly
- Supervised practicum students in *Acute Care Crisis Stabilization* rotation and in *Pediatric Primary Care Clinic*

*Extern, Kennedy Krieger Institute, Family Center, Johns Hopkins University*    Baltimore, MD
September 2010 - April 2011
Supervisor: Corine Hyman, Ph.D.
- Provided individual, play, and family therapy to children who experienced trauma
- Conducted cognitive and behavioral assessments to children who experienced trauma
- Administered and scored a variety of instruments including: the Rorschach, TAT, BASC, WISC-IV, UCLA PTSD Index and others
- Participated in the Birth to Five Specialty Clinic
- Trainee of the Maternal & Child Health Bureau Leadership Education in Neurodevelopmental and Related Disabilities

*Practicum Student, Bon Air Juvenile Correctional Center*    Bon Air, VA
January 2010 - May 2010
Supervisor: Celena Thompson, Psy.D.
- Provided individual and group therapy to incarcerated female adolescents
- Co-led weekly psycho-education substance abuse group
- Participated in multidiscipline treatment teams, risk assessments, and panel meetings

*Staff Therapist, Assessment Clinic*    Richmond, VA
Virginia Commonwealth University
May 2009 - May 2010
Supervisors: Rebecca Stredny, Psy.D. and Jennifer Lumpkin, Psy.D.
- Provided intellectual disability assessments on a monthly basis at the Chesterfield Community Service Board to both child and adult clients
- Completed 20 integrated assessment reports with this population
- Provided Personality and Cognitive Assessments to adult clients within the Virginia Commonwealth University Community Clinic
- Attended two-hour weekly assessment clinic didactic training and group supervision Received individual supervision as needed

*Contract Assessor, School of Education*    Richmond, VA
Virginia Commonwealth University
May 2009 - June 2009
- Administered reading assessments to 3-5 year olds in several Richmond Public School Head Start programs
- Instruments used included the PALS and the PPVT

*Staff Therapist, Forensic Clinic*                                                                                          Richmond, VA
Virginia Commonwealth University
May 2007 – May 2009
- Provided court ordered co-parenting therapy
- Testified in court concerning progress of therapy
- Attended weekly forensic group supervision and individual supervision

*Staff Therapist, Center for Psychological Services and Development*                       Richmond, VA
Virginia Commonwealth University
May 2007 – December 2009
- Provided child, adult, family, and couples therapy
- Provided cognitive assessments to children

*Teaching Assistant, Social Psychology and Psychology of Personality*                     Richmond, VA
Virginia Commonwealth University
January 2009-May 2009
- Teaching Assistant for 3 different undergraduate classes of 100 students each
- Graded all midterm and final exams
- Graded four different paper assignments
- Guest lectured on the Development of Friendships

*Teaching Assistant, Graduate Class, Individual Tests of Intelligence*                         Richmond, VA
Virginia Commonwealth University
Fall semesters - 2007, 2008
- Graded 4 sets of Intelligence Protocols for 15 students (WAIS IV, WISC IV)
- Provided feedback and answered questions concerning administration
- Demonstrated and explained new WAIS IV assessment instrument
- Guest lectured on birth order and intelligence

*Psychology Graduate Assistant, Clinical Director*                                                    Richmond, VA
*Clinical Psychology Department*
Virginia Commonwealth University
August 2006 - May 2007
- Coordinated admissions process for Clinical Psychology program
- Reviewed over 200 applications; Served as contact person for all applicants during entire admissions process
- Organized all interview days including events, speakers, meals and actual interview schedule
- Coordinated two conferences for the department

**Research Experience**

*Doctoral Dissertation (Defended in April 2013)*                                                        Richmond, VA
*Children Who Have Experienced Trauma: An Examination of the Role of Race, Ethnicity and Cultural Factors in Presenting Symptoms and After Three Months (Or First Follow- Up)*
- Dissertation Chairperson: Barbara J. Myers, Ph. D.

- Committee members: Bruce Rybarczyk, Ph. D., Scott Vrana, Ph. D., Jean Corcoran, Ph. D., E. Delores Dungee-Anderson, Ph.D.

*Project Manager, Virginia Commonwealth University*                                      Richmond, VA
June 2009 - December 2010
Supervisor: Arnold Stolberg, Ph.D.
- Designed and implemented all phases of study involving the comparison of 400 young adults from intact and divorced families on a variety of factors involving friendship
- Study was basis for Master of Science thesis

*Research Assistant, Virginia Commonwealth University*                                      Richmond, VA
Spring 2007
Supervisor: Sharon Funari, Doctoral Student
- Worked on coding Criminal Psychological Evaluations conducted in closed Capital Murder Cases for dissertation involving offender/victim relationships and other related variables

*Research Assistant, Center for Research, Women and the Law*                          Washington, DC
*Georgetown University*
September 2005 - June 2006
Supervisor: Jennifer Woolard, Ph.D.
- Worked on longitudinal study involving adolescence and decision-making capacity of parents with children charged with a crime
- Assisted with longitudinal study examining adolescence and police experiences in the interrogation process
- Conducted structured interviews/self-report measures to juveniles, parents and police officers
- Administered WASI, CMR and MacCAT-CA

**Professional Presentations**

Wolf, S. (November 2018). *Recognizing and Addressing Vicarious Trauma.* National District Attorneys' Association's Confronting Mental Health Challenges Conference, Myrtle Beach, SC.

Wolf, S. (November 2018). *Strategies and Insights To Help Work With Children Placed In Foster Care.* National District Attorneys' Association's Confronting Mental Health Challenges Conference, Myrtle Beach, SC.

Wolf, S. (August 2018). *Understanding the Child Advocacy Center*. The Ross Center For Anxiety and Mental Health Treatment, Washington DC.

Wolf, S., Friedman, I. & Padilla, Y. (June 2019). *Community Service Aide Trauma Training.* Workshop to Montgomery County Maryland Child Welfare Community Service Aides, Rockville, MD.

Wolf, S. (May 2018).  *Trauma Focused Cognitive Behavioral Therapy: Understanding and Utilizing The Treatment For Traumatized Youth.* Didactic Speaker to Psychology Interns, Childrens' National Medical Center, Washington DC.

Wolf, S. (May 2018). *Preventing Child Abuse.* Presentation to the Somerset Elementary School Parent Teacher Association, Chevy Chase, MD.

Wolf, S. & Bokman, C. (March 2018). *Innovations in Providing Trauma Therapy To Children Immediately After Removal; A Collaboration Between The Child Advocacy Center and Child Welfare Services Through the Transitional Trauma Therapy Program.* Workshop at the 34th International Symposium on Child Abuse, Huntsville, AL.

Wolf, S. & Kramer-Kuhn, A (February 2018). *Sexual Abuse and Problematic Sexual Behaviors; What Every School Counselor Should Know.* Presentation at Conference for Montgomery County Maryland Elementary School Counselors, Rockville, MD.

Wolf, S. et .al. (November 2017). *Child Relationships; Staying Safe and Healthy*. Presentation for Booz Allen Hamilton lunch educational series, Rockville, MD.

Wolf, S. & Burch, B. (September 2016). *Trauma Focused Therapies For Maltreated Children*. Presentation for 17th School Community United in Partnership (SCUP) Conference, Universities of Shady Grove, Rockville, MD.

Wolf, S. (September 2016). *Understanding The Child Advocacy Center: A case presentation highlighting the unique child centered approach, understanding the need, benefits and* common pitfalls in providing quality multidiscipline care. Workshop for Adventist Behavioral HealthCare, Child and Adolescent Psychiatry Symposium, Bethesda, MD.

Wolf, S. (September 2016). *Understanding/Preventing Child Abuse For Educators*. Presentation for Temple Sinai religious school teachers. Washington DC.

Wolf, S. (March 2015). *Preventing Child Abuse: What Every Parent Should Know.* Workshop for The Montgomery County Public Schools' Parent Academy at North Bethesda Middle School, Bethesda, MD.

Halfond, R., Wolf, S., & Corono, R. (September 2011).  Culture and Trauma.  In *Using Cognitive Behavioral Therapy to Treat Post-Traumatic Stress Disorder in an Immigrant Mexican Female: A Case Study Report.*  Workshop at the Latino Behavioral Health Institute Annual Conference, Los Angeles, CA.

**Media/Publications**

Wolf, S. (November 20, 2018). Interview by Kate Ryan for story, "How to Talk to Kids About Hazing." On WTOP Washington News Radio, 103.5, Hubbard Radio Washington DC.

Wolf, S. (Spring 2018). Stopping Sexual Harassment Before It Starts; Teaching Children the Sexual Behavior Rules. In *The Maryland Psychologist*, 63, 1; Maryland Psychological Association, Annapolis, MD.

**Editorial Positions**

Ad Hoc Reviewer                                                                                          9/15, 1/15, 10/16
Journal of Traumatic Stress

**Licensures**

Licensed Psychologist (Maryland) (#05511)
Active Bar memberships: Maryland, Washington DC.

**Specialized Certifications**

*Certified Trauma Focused Cognitive Behavioral Therapy Provider*                         Pittsburg, PA
From 2017-present.

*Certified Parent Child Interaction Therapy Provider*                                              Cincinnati, OH
From 2018-present

*Circle of Security Parenting Program Certified Provider*                                      Rockville, MD
From 2015-present
Four Day Training- 9/8/2015-9/11/2015
Trainer: Co-creator Dr. Bert Powell

*Child and Family Traumatic Stress Intervention*                                                   New Haven, CT
Yale University School of Medicine Child Study Center
Two Day Training- 7/24/2017-7/26/2017
Trainers: Dr. Steven Marins and Carrie Epstein
Completed one year of bimonthly phone supervision
Met fidelity for model

*Alternatives for Families Cognitive Behavioral Therapy*                                     Pittsburg, PA
Two Day Training: 6/5/2017-6/7/2017
University of Pittsburgh School of Medicine
Trainer: Dr. Barbara Baumann
Completed one year of bimonthly supervision

*Trauma Focused Cognitive Behavioral Therapy for Traumatized Children*        Pittsburg, PA
*And their Families*
Trainers: Co Creators- Judith A. Cohen, MD and Anthony Mannarino, Ph.D.
Two Day Training- 3/17/2016-3/18/2016
Bimonthly Consultation calls: May-December 2016

*Parent Child Interaction Therapy Training*                                                            Cincinnati, OH
University of Cincinnati Children's Hospital
Trainers: Robin Gurwitch, PhD and Erica Pearl Messer, PhD
Five Day Training- 8/10/2016-8/15/2016
Completed one year of bimonthly phone supervision leading to certification

*Parent Child Interaction Therapy Training*                                                            Cincinnati, OH
University of Cincinnati Children's Hospital

Trainers: Robin Gurwitch, PhD and Erica Pearl Messer, PhD
Parent Child Interaction Therapy Training to Become a Level 1 Trainer
One Day Training-11/16/2018
In process of completing bimonthly phone supervision and of training in center therapists

*Problematic Sexualized Behavior Cognitive Behavioral Therapy Trained*     Oklahoma City, OK
University of Oklahoma Health Sciences Center
Trainers: Jane Silvosky, PhD and Jimmy Widdifield Jr., M.A.
Two Day Training- 8/23/2018-8/24/2018
Three Day Training- 9/20/2018-9/22/2018
Two Day Training- 3/1/2018-3/2/2018
Completed with fidelity 7/2018