# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF    )<br>                     )<br>    v.               )<br>                     )<br>                     )<br>JOSEPH SMITH,        )<br>                     )<br>    Defendant.       )<br>_____) | Criminal No. 19-CR-324 (BAH)<br><br>Chief Judge Beryl A. Howell<br><br>Trial Begins: June 8, 2020 |

## ORDER

Upon consideration of the Defendant's Motion To Exclude Testimony of Government's Proposed Expert Witness, it is hereby

**ORDERED**, that the Defendant's Motion is **GRANTED,** and it is

**FURTHER ORDERED**, that the government may not introduce the expert testimony of Dr. Stephanie Wolf.

_____                           _____
  **DATE**                                        **BERYL A. HOWELL**
                                              Chief, United States District Judge