UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF** | : | |
| | : | |
| v. | : | **Criminal No. 19-CR-324 (BAH)** |
| | : | |
| | : | **Chief Judge Beryl A. Howell** |
| **JOSEPH SMITH,** | : | |
| | : | **Trial Date: October 26, 2020** |
| Defendant. | : | |

## ORDER

Upon consideration of the Defendant's Supplemental Motion to Exclude Expert Testimony of Dr. Stephanie Wolf and Request for *Daubert* Hearing it is hereby,

**ORDERED**, that the government shall provide the testimony of Dr. Stephanie Wolf.

_____     _____

**DATE**                         **BERYL A. HOWELL**
                                 Chief, United States District Court Judge