# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 19-CR-324 (BAH) |
| | ) |
| JOSEPH SMITH, | ) |
| | ) |
| | ) Chief Judge Beryl A. Howell |
| Defendant. | ) Trial Begins: October 26, 2020 |
| | ) |

## GOVERNMENT'S SUPPLEMENTAL TO ITS NOTICE OF INTENT TO CALL CHILD SEXUAL ABUSE EXPERT WITNESS DR. STEPHANIE WOLF AND SUMMARY OF TESTIMONY

The government requests that the attached discovery letter, dated July 3, 2020, be made part of the record in this case.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

  */s/ Caroline Burrell*
AUSA Caroline Burrell
SAUSA Mona Sedky
555 Fourth Street, N.W.
Washington, D.C. 20530
(202)262-7122; Mona.Sedky2@usdoj.gov and
Mona.Sedky@usdoj.gov
(202)252-6950; Caroline.Burrell2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the GOVERNMENT'S SUPPLEMENT TO ITS NOTICE AND EXPERT DISCOVERY LETTER was duly served upon the defense counsel Brandi Harden by electronic means via the Court's ECF system.

This 3rd day of July, 2020.

                */s/ Caroline Burrell*
              AUSA Caroline Burrell
              SAUSA Mona Sedky
              555 Fourth Street, N.W.
              Washington, D.C. 20530
              (202)262-7122; Mona.Sedky2@usdoj.gov and
              Mona.Sedky@usdoj.gov
              (202)252-6950; Caroline.Burrell@usdoj.gov



**U.S. Department of Justice**

United States Attorney

District of Columbia

*Judiciary Center*
*555 Fourth Street NW*
*Washington, DC 20530*

July 3, 2020

**<u>VIA ELECTRONIC MAIL</u>**

      *Re:*    <u>United States v. Joseph Smith</u>
             *Case No. 19-CR-324*

Dear Counsel:

     We write to inform you that Dr. Wolf informed us of a change to the expert notice we provided on March 24, 2020.

     The notice we provided contains the following paragraph on page 2:

     Dr. Wolf may opine that for children aged 5-13, the most common recipient of disclosure are peers and mothers, and that most children who disclosed told more than one individual. Many factors contribute to the decision to disclose to a certain person. For example, many children go through a conscious selection phase, in which they consider the expected response of peers and/or family members and whether that person can provide support. Children may try to choose a person to disclose to who they perceive is able to stop the abuse.

     Dr. Wolf informed us that rather than "children aged 5-13," the sentence should read "school-aged children."

     Please let us know if you require any further detail regarding Dr. Wolf's expected testimony or the bases for her conclusions.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By: */s/ Caroline Burrell and Mona Sedky*
SAUSA Mona Sedky, D.C. Bar 447968
AUSA Caroline Burrell
555 Fourth Street, N.W.
Washington, D.C. 20530
(202)262-7122; Mona.Sedky2@usdoj.gov
and Mona.Sedky@usdoj.gov
(202)252-6950; Caroline.Burrell@usdoj.gov