UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 19-324 (BAH) |
| JOSEPH SMITH, | Chief Judge Beryl A. Howell |
| Defendant. | |

# ORDER

Upon consideration of the government's Motion *in Limine* to Admit A.S.'s Prior Statements, ECF No. 24, its Motion *in Limine* to Admit Evidence Pursuant to Federal Rule[] of Evidence 404(b), ECF No. 31, its Motion *in Limine* to Bar Evidence Regarding the Sexual History of Victim and to Exclude Evidence Offered to Prove the Victim's Sexual Predisposition, ECF No. 32, defendant's Opposition to Government's Motion *in Limine* to Bar Evidence Regarding Sexual History of the Victim and Notice of Intent to Offer Evidence of the Complainant's Sexual Predisposition, ECF No. 38, which is construed as a motion under Federal Rule of Evidence 412(c)(1), defendant's Motion to Exclude Testimony of Government's Proposed Expert Witness, ECF No. 36, defendant's Supplemental Motion to Exclude Expert Testimony of Dr. Stephanie Wolf and Request for *Daubert* Hearing, the memoranda submitted in support of and opposition thereto, the arguments advanced at the hearing held on June 9, 2020, and the entirety of the underlying record, for the reasons set out in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the government's Motion *in Limine* to Admit A.S.'s Prior Statements is **GRANTED IN PART** with respect to A.S.'s statements made at her interview at the Child Advocacy Center on April 21, 2017, and **RESERVED** in all other respects; it is further

**ORDERED** that the government's Motion *in Limine* to Admit Evidence Pursuant to Federal Rule[] of Evidence 404(b) is **GRANTED**; it is further

**ORDERED** that the government's Motion *in Limine* to Bar Evidence Regarding the Sexual History of Victim and to Exclude Evidence Offered to Prove the Victim's Sexual Predisposition is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that defendant's Opposition to Government's Motion *in Limine* to Bar Evidence Regarding Sexual History of the Victim and Notice of Intent to Offer Evidence of the Complainant's Sexual Predisposition, which is construed as a motion under Federal Rule of Evidence 412(c)(1), is **PROVISIONALLY GRANTED IN PART** as to the proffered evidence of pornographic browsing history on A.S.'s phone, **GRANTED IN PART** as to A.S.'s possible exposure to sexually explicit materials in books, music, and social media, and **DENIED IN PART** as to A.S.'s relationships with young men; it is further

**ORDERED** that defendant's Motion to Exclude Testimony of Government's Proposed Expert Witness and defendant's Supplemental Motion to Exclude Expert Testimony of Dr. Stephanie Wolf and Request for *Daubert* Hearing are **DENIED**; it is further

**ORDERED** that, in light of the newly scheduled trial date of May 3, 2021 for this matter, the pretrial conference currently scheduled for October 16, 2020 is **VACATED**; and it is further

**ORDERED** that the parties are **DIRECTED** to appear in Courtroom 22A on April 9, 2021, at 9:30 AM, for a pretrial conference and *in camera* hearing under Federal Rule of Evidence 412; and it is further

**ORDERED** that the parties are **DIRECTED** to submit, by March 26, 2021, the Joint Pretrial Statement, *see* Standing Order ¶ 8, ECF No. 14.

**SO ORDERED.**

Date: October 9, 2020

_____
BERYL A. HOWELL
Chief Judge