UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | ) **Case No. 1:19-cr-00324 (BAH)** |
| v. | ) **Trial Date: October 18, 2021** |
| | ) |
| | ) |
| **JOSEPH SMITH** | ) |
| | ) |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Suppress Evidence and Electonic Data and any Opposition it is this ____ day of _____, 2021, hereby, **GRANTED.**

**IT IS SO ORDERED**.

_____
BERYL A. HOWELL
Chief Judge