# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### SEARCH WARRANT

2017 CSW 1989

COPY

**TO:** THE CHIEF OF POLICE OR ANY OTHER LAW ENFORCEMENT OFFICER
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by ___Jenny Alvarenga, Badge #D2-1686___ that he has probable cause to believe that on the ☐person ☒premises ☐vehicle ☐object, known as ___1301 C Street Southeast, #32, Washington, D.C.___ See Attachment A

in the District of Columbia, there is now being concealed certain property, namely

Cellular phones, computers, digital storage devices, thumb drives, removable electronic devices such as external hard drives, and the extraction of all electronic data stored inside of them to take place at the residence or a police or court facility, mail matter, any material identifying any resident of the house and to take photographs and sketches of the entire premises, and any items or materials relating to the offense of First Degree Child Sexual Abuse.

which is ___Evidence of an offense IN VIOLATION of DC CODE 22-3008___ and as I am satisfied
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated ☐person ☒premises ☐vehicle ☐object, and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated ☐person ☒premises ☐vehicle ☐object, for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this ___21st___ day of ___April___, 20 ___17___     ___[signature]___
Judge, Superior Court of the District of Columbia

### RETURN

I received the above detailed warrant on ___APRIL 21ST___, 20 ___17___ and have executed it as follows:
On ___APRIL 21ST___, 20 ___17___, at ___5:25___ ☐ AM ☒ PM. I searched the ☐person ☒premises ☐vehicles ☐object, described in the warrant and I left a copy of the warrant and return with
___ON PREMISES___ properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:

3 TABLETS
12 CELL PHONES
1 X-BOX
1 PERSONAL COMPUTER
1 AIR MATTRESS

This inventory was made in the presence of ___CRIME SCENE TECH. LEACH & TECH. SCHUSTER, SGT. HONG, DET. ALFARONA DETECTIVE JOHNSON, DETECTIVE MIRANDA, SA CAVALLO, OFC NUGENT, OFC. REYNOLDS, SGT. ARCHITZEL, SA BERNSTEIN___
I swear that this is a true and detailed account of all property taken by me under this warrant.

___[signature]___
Executing Officer

Subscribed and sworn to before me this ___24th___ day of ___April 2017___, 20 ___17___

___[signature]___
Judge, Superior Court of the District of Columbia

Form CD-1055 / Apr. 00

2017 CSW 1989

## Superior Court of the District of Columbia
CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

**Description of premise: 1301 C Street, SE, #32, Washington D.C. 20003. A three (3) story white colored brick apartment building, with a red main entry door to the building. The premises has placard bearing the numbers "1301" in white lettering on a red background above the front entry door to apartment building. There is a silver door knob to the main entry door of the apartment building, which has a key lock. The building is across the street from 1310 C Street, Southeast, Washington, D.C. To the right (when facing the premises) of 1301 C Street, SE, Washington, D.C. is a walkway, bordered on the right by a black metal fence, which leads to the rear of the building and to the left is 1303 C Street, SE. The entry door has a silver door knocker and doorknob, the door has gold in color deadbolt lock. The door does not have a visible number on it. The numbers on the apartments are numbered left to right. The apartment number to the right is apartment #31 which leads your affiant to believe the door to the left is apartment #32. On the floor directly below the doors are numbered from right to left. The left door located on the second floor is labeled #22. Door #22 is located directly underneath the unlabeled door next to #31. The entry door is on the buildings third floor accessible by the building's interior staircase.**

### FACTUAL BACKGROUND

On April 19, 2017, at approximately 5:55 pm, an MPDC First District Officer contacted Youth and Family Services Division (YFSD) and reported that the complainant, a 13 year old female child, disclosed to her mother that the suspect, her stepfather Joseph Smith, has forced her on several occasions to perform oral sex on him and he has been performing oral sex on her, since May of 2016.

On April 19, 2017, the complainant was forensically interviewed at the Children's Advocacy Center (CAC). During the interview, the complainant disclosed that on Friday April 14, 2017, her mother and the suspect were involved in a domestic violence incident. As a result of the incident, her mother along with the complainant and younger sibling left the residence. Prior to them leaving the suspect took both the complainant's and her mother's cellular phones. She disclosed that on April 18, 2017 when her mother advised that they would be returning home, she became upset and disclosed to her mother that the suspect began forcing her to perform oral sex on him in May of 2016. The complainant believes that it was in May because she recalls that it was before her birthday and as a birthday present he bought her a cellular phone.

The complainant disclosed that her mother has required several inpatient hospital stays due to chronic illness, leaving the complainant and her 8 year old sibling in the care of the suspect. The complainant recalled the first time the suspect forced her to perform oral sex was when her mother was in the hospital. She disclosed that the suspect approached her from behind and told her "put your pretty mouth on this," the suspect then forced his penis in and out her mouth as she resisted and cried.

The complainant disclosed that the suspect would force her to perform oral sex on him every time her mother was in the hospital. After some time the suspect would have her perform oral sex when her mother was in the residence, however he would make sure that she was asleep and unable to hear anything. The complainant states

1

CW 4.21.17

that her mother would be asleep in the bedroom while she was in her bed located in the living room area.

When asked when the worst moment she can recall sexual abuse was by the suspect, she disclosed that it was when the suspect became very upset and cursed at her repeatedly. As retaliation she bit him on the middle of his penis, the suspect then slapped her and continued to curse at her as he forced his penis back in her mouth while she cried.

The complainant disclosed that this year the suspect began "connecting his mouth to my vagina". She stated she did not know what to do or how to feel. She disclosed that the suspect had her sibling go to sleep in the bedroom with their mother and made sure they were asleep. She recalls being woken up by the suspect and him telling her he was going to "eat" her vagina.

When asked what was the worst time she can recall him performing oral sex on her, the complainant disclosed that it was when, "he kept biting my vagina and it hurt…I thought I was bleeding but the next day I checked and I didn't bleed but it hurt".

The complainant disclosed that at night after sexually abusing her, the suspect would send text messages to her cellular phone which would contain long paragraphs about the "next schedule." She described the "next schedule" as the suspect's expectations of their next sexual encounter. As a reply to his texts she states she would reply telling him that she was not going to do what he requested. She states that in one of the texts the suspect sent her, he told her that for her 14th birthday he was going to put his penis in her vagina and her anus.

When asked in reference to any pictures or videos, the complainant disclosed that she would send the suspect nude pictures of herself at his request. She recalls a few occasions when she was in the bathtub that the suspect opened the door and took pictures of her naked body with his cellphone. The complainant disclosed she has observed the suspect connecting his cellular phone to a computer located in his bedroom.

The complainant's mother was interviewed by the affiant and she confirmed she is often hospitalized due to chronic illness and leaves the complainant in the care of the suspect.

In the course of the investigation the affiant conducted a search of several criminal justice databases which revealed that the suspect identified his home address as 1301 C Street, SE #32 to DC Pre-trial Services and his DC Government issued identification card names the same address as his residence.

### AFFIANT'S TRAINING AND EXPERIENCE

Your affiant has been employed with the Metropolitan Police Department since May, 2008. In the course of her eight year tenure with the Metropolitan Police Department, your affiant has served as a uniformed patrol officer for approximately 6 years. Your affiant is currently assigned to the Youth and Family Services Division, previously the Youth Investigations Division. Your affiant's responsibilities are to investigate sexual and physical abuse crimes against infants, children and adolescents that occurred within the District of Columbia. Over the years, your affiant has obtained, assisted and executed arrest warrants of persons for violations of the District of Columbia Code. Your affiant also assisted in executing numerous search warrants.

Through training and experience, and conversations with other detectives your affiant has learned the following characteristics of adults who derive pleasure in viewing or participating in the sexual exploitation of children:

Sex Offenders like to take pictures of their victims so they can share the images with their friends who are also child sex offenders or relive the experience of sexually assaulting the child to gratify their sexual needs.

Sex offenders will take pictures of their victims while they are having sex with them to use for extortion purposes later on. Many times sex offenders threaten to post the victim's pictures online if the victim does not perform future sex acts with the sex offender. By storing these images in their cellular phones they can obtain the sexual arousal and gratification that they need from the image of the child that they had molested.

Sex offenders will use a camera or a cellular phone with a camera to photograph the child. They will often store these images in their personal computers so they can distribute these images on various social networking sites. The sex offender may sell the images of the child for cash or trade the images of other children engaged in child pornography. These images provide excellent evidence of someone who is engaged in committing sexual offenses against children.

## REQUEST

Based on the aforementioned facts and circumstances, your affiant believes there is probable cause that the offenses occurred inside of 1301 C Street Southeast, #32, Washington, DC, and that evidence of the offense may be found inside of the location. The evidence is to include, **Cellular phones, computers, digital storage devices, thumb drives, removable electronic devices such as external hard drives, and the extraction of all electronic data stored inside of them to take place at the residence or a police or court facility, mail matter, any material identifying any resident of the house and to take photographs and sketches of the entire premises, and any items or materials relating to the offense of First Degree Child Sexual Abuse.**

It is respectfully requested that a District of Columbia Superior Court search warrant be issued to permit the Metropolitan Police, or other authorized agent to search for and seize the described evidence. It is further requested that this search warrant be made executable at any hour of day or night, on grounds that if not seized forthwith, the evidence may be destroyed or may disappear.

**AFFIANT'S SIGNATURE**

Detective Jenny Alvarenga
D2-1686

**Assistant United States Attorney**

4.21.17

SUBSCRIBED AND SWORN BEFORE
ME THIS 21st DAY OF April, 2017

(JUDGE) (DEPUTY CLERK)
SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

3