Exhibit C

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**  
**DEPARTMENT OF FORENSIC SCIENCES**



CONSOLIDATED FORENSIC LABORATORY  
401 E STREET SW WASHINGTON, DC 20024

# Report of Examination (Data Extraction)
## Digital Evidence Unit

| MCL#: N/A | CCN#: 17-064-673 | Court Case#: N/A | Laboratory Number: DFS-17-02190 |
|---|---|---|---|
| **Offense:** First Degree Sexual Assault (Child) | **Victim(s):** Angelica Smith | **Suspect(s):** Joseph Smith | **Incident Date:** April 21, 2017 |
| **Submitting Agency Name and Address:** Metropolitan Police Department | **Lead Detective:** Jenny Alvarenga | **Submission Date:** April 27, 2017 | **Report Date:** May 11, 2017 |

**Requested Analysis**

Extract all available data from submitted devices and provide to lead detective, subsequent to the warrant.

**Items Submitted**

Item 0005 – Alcatel cell phone  
Item 0007 – Samsung flip cell phone  
Item 0009 – Motorola cell phone  
Item 0010 – Motorola flip cell phone  
Item 0011 – Kyocera cell phone  
Item 0012 – ZTE cell phone  
Item 0016 – Xbox One game console

**Examinations and Conclusions**

The items listed above were examined using Cellebrite UFED 4PC version 6.0.0.1010, UP-828P Universal Programmer version 2.0.1.8 #12/23/2016, Cellebrite Physical Analyzer version 6.0.0.126, and EnCase Forensic version 8.03.01.

| Item # | Data File Name | Hash Value (MD5) |
|---|---|---|
| 0005, 0007, 0009, 0010, 0011, 0012 | DFS-17-02190_DEU_AKM.zip | 87ae920e0d191dbe37f07ad534469f29 |

Item 0016 did not contain any useful data.

The content of the media attached to this report has been encrypted with a password. The password for each file will be provided to the lead detective in an e-mail.

**Forensic interpretation/analysis of the extracted data can be scheduled if required.**  
**Please contact the Digital Evidence Analyst.**

**Disposition of Evidence**

The evidence item(s) were returned to the Central Evidence Unit (CEU) on May 9, 2017.

_____  
**Analyst**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**  
**DEPARTMENT OF FORENSIC SCIENCES**



CONSOLIDATED FORENSIC LABORATORY  
401 E STREET SW WASHINGTON, DC 20024

## Report of Examination (Data Extraction)
### Digital Evidence Unit

| MCL#: N/A | CCN#: 17-064-673 | Court Case#: N/A | **Laboratory Number:** DFS-17-02190 |
|---|---|---|---|
| **Offense:** First Degree Sexual Assault (Child) | **Victim(s):** Angelica Smith | **Suspect(s):** Joseph Smith | **Incident Date:** April 21, 2017 |
| **Submitting Agency Name and Address:** Metropolitan Police Department | **Lead Detective:** Jenny Alvarenga | **Submission Date:** April 27, 2017 | **Report Date:** May 10, 2017 |

**Requested Analysis**

Cellular phones, computers, digital storage devices, thumb drives, removable electronic devices such as external hard drives, and the extraction of all electronic data stored inside of them to take place at the residence or a police or court facility, mail matter, any material identifying any resident of the house and to take photographs and sketches of the entire premises and any items of materials relating to the First Degree Child Sexual Abuse.

**Items Submitted**

Item 0001 – White and Pink Apple iPhone 6S  
Item 0002 – White Apple iPhone 4S  
Item 0003 – White Samsung Galaxy Core Prime  
Item 0004 – Blue Samsung Galaxy S III  
Item 0006 – Apple iPhone 5S  
Item 0008 – Blue Apple iPhone 5C  
Item 0013 – Apple iPad Mini  
Item 0014 – Silver Apple iPad Air  
Item 0015 – Black Acer Iconia One 7  
Item 0017 – Lenovo C40-05 All-In-One PC  

**Examinations and Conclusions**

The items listed above were examined using Cellebrite UFED 4PC v6.1.0.140. Cellebrite UFED Physical Analyzer v6.1.5.28, Cellebrite UFED Touch 6.10.140, FTK Imager v3.4.3.3, EnCase Forensic v8.04, and Magnet Internet Evidence Finder v6.8.8.5013.

Item 0001 was locked by 4-digit passcode and its data could not be extracted. SIM card data was extracted using Cellebrite UFED 4PC v6.1.0.140.

Item 0002 was reset to factory settings prior to arriving at the lab and its data was locked by 4-digit passcode. SIM card data was extracted using Cellebrite UFED 4PC v6.1.0.140.

Item 0003 did not contain data that is relevant to the scope of analysis.

Item 0004 did not contain data that is relevant to the scope of analysis.

Item 0006 was inoperable. Device did not power on even after an attempt to charge its battery. SIM card data was extracted using Cellebrite UFED  4PC v6.1.0.140

DFS-17-02190
17-064-673
May 10, 2017

Item 0008 was reset to factory settings prior to arriving at the lab and its data was locked by 4-digit passcode. No SIM card was found on device.

Item 0013 was locked by 4-digit passcode and its data could not be extracted. SIM card data was extracted using Cellebrite UFED 4PC v6.1.0.140.

Item 0014 was reset to factory settings prior to arriving at the lab and its data was locked by 4-digit passcode. SIM card data was extracted using Cellebrite UFED 4PC v6.1.0.140.

Item 0015 did not contain data relevant to the scope of analysis.

Item 0017 contained user activity associated with a user named "joseph smith." Magnet Internet Evidence Finder v6.8.8.5013 discovered user activity that includes 1131 pornography URLs and 213 internet searches related to pornography, "black teen," or "step daughter" since October 6, 2016. Categorized under Web Chat URLs, it discovered an IMVU user account named "Josep." The user visited a user profile of "Angelsmith22191" on December 30, 2016 at approximately 12:48 AM EST, followed by URLs that suggest web message communication.

The media attached to this report contains the extracted data from those items as follows:

| Data File Name | Hash Value (MD5) |
|---|---|
| DFS-17-02190_DEU_HDL.zip | 094cf28bf027d0ad593ab1514092af6d |

The content of the media attached to this report has been encrypted with a password. The password for each file listed is as following:

| Password: | DEUthebestunit! |
|---|---|

**Forensic interpretation/analysis of the extracted data can be scheduled if required.
Please contact the Digital Evidence Analyst.**

**Disposition of Evidence**

The evidence items were returned to the Central Evidence Unit (CEU) on May 9, 2017.

                                             **Analyst**


