# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 19-cr-00324 (BAH) |
| : | |
| **JOSEPH SMITH,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF DISCOVERY CORRESPONDENCE

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby gives notice that on October 3, 2021, the Government sent by email to defense counsel the attached letter dated October 3, 2021.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney

By:   /s/   *Caroline Burrell*
CAROLINE BURRELL
MONA SEDKY
Assistant United States Attorneys
555 Fourth St., N.W.,
Washington, D.C. 20530
(202) 252-6950
(202) 252-6734
caroline.burrell@usdoj.gov
mona.sedky2@usdoj.gov



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 4, 2021

<u>Via Email</u>

Brandi Harden, Esq.
hardenpinckney@gmail.com

     Re: <u>*United States v. Joseph Smith*</u>
       Criminal Case No. 19-cr-00324 (BAH)

Dear Counsel:

 I write to memorialize recent Jencks material provided to you by the government.

 On April 9, 2021, the government provided you with the signed devices search warrant dated April 8, 2021.

 On October 3, 2021, the government provided you with the following:

- FD-302 for 8/25/21 contact with W.S.
- FD-302 regarding J.S. background
- Additional agent notes for July 2021 W.S. interview
- Photos shown to A.S. during Sept. 2021 interview (4)
- Agent notes for Sept. 2021 interview with A.S.
- Agent notes for March 2020 interview with Akil Muhangi
- Agent notes for March 2020 interview with A.S.-F.
- Agent notes for April 2020 interview with Harry Lee
- Agent notes for J.D. interview
- Agent notes for Je.D. interview
- Agent notes for J.K. interview
- Agent notes for L.G. interview
- Agent notes for March 2020 W.S. interview
- Agent notes for July 2021 W.S. interview

1

2

- Marriage certificate

      If you have any questions with respect to the information provided, or any other issue in this case, please do not hesitate to contact me.

                Sincerely,

                CHANNING PHILLIPS
                Acting United States Attorney

By:   /s/    *Caroline Burrell*
        CAROLINE BURRELL
        MONA SEDKY
        Assistant United States Attorneys
        555 Fourth St., N.W.,
        Washington, D.C.  20530
        (202) 252-6950
        (202)252-6734
        caroline.burrell@usdoj.gov
        mona.sedky2@usdoj.gov