**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 19-324 (BAH) |
| JOSEPH SMITH, | Chief Judge Beryl A. Howell |
| Defendant. | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss the Indictment Pursuant to the Fifth and Sixth Amendments and the Jury Selection and Service Act, ECF No. 161, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that defendant's request for any stay of proceedings with respect to his Motion to Dismiss, *see* Def.'s Reply Gov't's Opp'n Def.'s Mot. Dismiss Indictment Pursuant Fifth & Sixth Amendments & Jury Selection & Service Act at 1 n.1, ECF No. 174, is **DENIED AS MOOT**.

**SO ORDERED**.

Date: February 11, 2022

_____
BERYL A. HOWELL
Chief Judge