```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

    *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES,                        )  Civil Action
                                      )  No. 19-CR-324
vs.                                   )
                                      )
JOSEPH SMITH,                         )  October 26, 2021
                                      )  10:28 a.m.
              Defendant.              )  Washington, D.C.
                                      )
    *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

### *(EXCERPT, TESTIMONY ONLY)*

**TRANSCRIPT OF TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

**APPEARANCES**:

FOR THE UNITED STATES:
                    MONA SEDKY
                    CAROLINE BURRELL
                    U.S. Department of Justice
                    CCIPS/DC USAO Cyber Crime Section
                    1400 New York Avenue
                    Washington, DC 20530
                    (202) 514-1138
                    Email: mona.sedky2@usdoj.gov
                    Email: caroline.burrell@usdoj.gov

FOR THE DEFENSE:    BRANDI J. HARDEN
                    Harden & Pinckney, PLLC
                    400 7th Street, NW
                    Washington, DC 20004
                    (202) 390-0374
                    Email: bharden@hardenpinckney.com


Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter


            Proceedings reported by machine shorthand,
        transcript produced by computer-aided transcription.

1                          **P R O C E E D I N G S**

2                   THE COURT:  And who are you calling as your next

3       witness, Ms. Harden?

4                   MS. HARDEN:  Brief indulgence, Your Honor.

5                   (Whereupon, counsel and the defendant confer.)

6                   MS. HARDEN:  Thank you, Your Honor.

7                   At this time I am going to call Mr. Joseph Smith

8       to the stand.

9                   THE COURT:  All right.  Mr. Smith, please walk

10      over to the witness stand.

11                  (Whereupon, JOSEPH SMITH, was sworn.)

12                  MS. HARDEN:  May I proceed, Your Honor?

13                  THE COURT:  Yes, please do.

14                          DIRECT EXAMINATION

15      BY MS. HARDEN:

16      Q.  Good morning, Mr. Smith.

17                  Could you please state in a loud, clear voice your

18      name, and spell it for the record.

19      A.  Joseph Smith.  J-O-S-E-P-H, S-M-I-T-H.

20      Q.  And, Mr. Smith, how old are you?

21      A.  Sixty-two.

22      Q.  And where are you from?

23      A.  North Carolina.

24      Q.  Now, have you ever been in the military?

25      A.  Yes.

1   Q.   How long were you in the military?

2   A.   Approximately four years.

3   Q.   What branch of the military were you in?

4   A.   Army.

5   Q.   And how was it that you came to not be in the Army

6   anymore?

7   A.   I was injured.

8   Q.   Tell us about that.  How were you injured?

9   A.   I was on -- climbing up a wall, and was kicked down off

10  the wall by another -- another soldier, and I injured my

11  back.

12  Q.   Tell us about your back injury.

13  A.   I have a pinched spinal column; I have a damaged neck.

14  And I just have a lot of medical issues that came from that.

15  Q.   When you say "a lot of medical issues," tell the ladies

16  and gentlemen of the jury what other medical issues you

17  have.

18  A.   I have in my -- in my neck, sometimes I can't turn it;

19  it will get locked in a certain position.  It sends signals

20  out from my brain all the time that I'm in -- I'm in pain,

21  or I can't do something that I want to do.  I just suffer

22  different issues.

23          Also, I have prostate cancer -- not cancer, but

24  prostate enlargement.  So I have quite a few different

25  sicknesses.

1     Q.   Do you have any problems with your knees?

2     A.   Yes.

3     Q.   Tell the ladies and gentlemen of the jury about that.

4     A.   I have a bad knee that's injured from a push; I fell.

5                I have a right leg that, from a gunshot wound, is

6     shorter than the other one because my hip sometimes go in

7     and out of place because the socket got spread open when I

8     was shot in my leg.

9     Q.   Now, tell us, how long have you lived in the District of

10    Columbia?

11    A.   I have lived in D.C. ever since around 1978 -- no.  I

12    first came -- I came in '78, and I left.  '81 when I came

13    here permanently.

14    Q.   So how long is that, that you have been living in D.C.?

15    A.   I guess about 30-some years.

16    Q.   All right.  Mr. Smith, you have been here for the trial.

17                Did you ever send A▓▓▓▓▓ sexual text messages?

18    A.   Absolutely not.  I did not.

19    Q.   Did you tell her to send you nude photographs?

20    A.   No, I did not tell her that.

21    Q.   Has she ever performed oral sex on you?

22    A.   Absolutely not, no.

23    Q.   Have you ever performed oral sex on her?

24    A.   No.

25    Q.   Now, I want to talk to you a little bit about how you

 1   came to know A███████.

 2          How did you become a stepparent?

 3   A.  By marrying their mother, W██████████.

 4   Q.  And, if you can, tell the ladies and gentlemen of the

 5   jury when it is that you got married to W███.

 6   A.  I became married -- W████  and I got married ████████

 7   ██████  2015, on my oldest brother's birthday.

 8   Q.  And how many kids did you know that she had at that time

 9   when you married her?

10   A.  Two.

11   Q.  Now, was this your first marriage?

12   A.  No.

13   Q.  Who is your first wife?

14   A.  Caroline Smith.

15   Q.  And when were you and Caroline divorced?

16   A.  2009.

17   Q.  Do you-all have any children together?

18   A.  We have two.

19   Q.  Tell us their names.

20   A.  Kryee Joel [sic] and Hazel Smith.

21   Q.  Was the young lady who just testified a few minutes

22   ago -- was that your daughter?

23   A.  Yes.  That's my youngest daughter.

24   Q.  And does she go by "Ella"?

25   A.  Yes, she does.

```
1    Q.  Now, where do your children live now?

2    A.  Shenandoah County in Virginia.

3    Q.  And are they in school?

4    A.  They go to college.

5    Q.  Do you know where -- or who they live with in Virginia?

6    A.  They live with their mother.

7    Q.  I want to talk to you about 2012.

8            Did you meet W█████ in 2012?

9    A.  Yes, I did.

10   Q.  Where were you living at that time?

11   A.  I was living at Hagel Circle in Lorton, Virginia.

12   Q.  And how was it that you came to know W████ back in 2012?

13   A.  I ran into her one day going back and forth to the

14   grocery store; and we started talking and having

15   conversations.

16   Q.  When you say "conversations," did the two of you become

17   friends?

18   A.  Yes, we did.

19   Q.  Explain that to us.

20   A.  Well, she told me she was trying -- well, we would walk

21   through this field; and it was a shortcut to go to Shoppers.

22   And every time she went she would call me because there was

23   snakes and things going through this pass.  So we went

24   through there a lot, and we talked.

25           She would tell me to bring her something to eat to
```

```
 1    her job; she was hungry.  And I would take her food to eat.
 2    Q.  And where was she working at that time?
 3    A.  She was a floater at CVS drugstore.
 4    Q.  Were there times when you also saw W████'s children?
 5    A.  Yes.
 6    Q.  Where would you see them back when you lived back in
 7    Virginia?
 8    A.  I would sometimes see them at the library.  And
 9    sometimes I would see them at the bus stop when I would be
10    at the bus stop with my children.
11    Q.  Do you know where W████'s children were living at that
12    time?
13    A.  Repeat the question, please.
14    Q.  Sure.
15            Do you know where W████'s children were living at
16    that time?
17    A.  Yes.
18    Q.  And where is that?
19    A.  They was living with Herman, right behind where we was
20    living at.
21    Q.  And who is Herman to W████?
22    A.  Herman is one of W████'s older brothers.
23    Q.  About how long did you live in Virginia?
24    A.  About two months.
25    Q.  And did there come a time when you and W████ became more
```

1   than friends?

2   A.  Yes.

3   Q.  Tell us where W█████ was living at that time, when you

4   became more than friends with her.

5   A.  Maryland.

6   Q.  And who was she living with at that time?

7   A.  She was living with a gentleman named James G██████.

8   Q.  And how do you know James G██████?

9   A.  Because I -- W█████ got on the bus one day, and I was on

10  the bus.  And I said:  Hi, beautiful; come sit back here

11  with me.  And he said something at that time, I knew that

12  they was together.  And she told me that that was her

13  friend.

14  Q.  And after you had this encounter on the bus, did the two

15  of you interact anymore after that?

16  A.  Yes.

17  Q.  Tell us about it.

18  A.  He asked me to help him move to an -- help me -- to help

19  him and W█████ move to an apartment in Maryland.

20  Q.  Now, why would you be willing to help Mr. G██████ and

21  W█████ move into an apartment?

22  A.  Because they asked me to, and they offered to pay me.

23  Q.  And did you, in fact, help them move?

24  A.  I did.

25  Q.  And during that time -- did you see A███████ during that

1    time?

2    A.   Maybe once, when I was helping them move in.

3    Q.   And after you helped them move in, did you still

4    continue to interact or see W████?

5    A.   Yes.

6    Q.   Explain how you would -- you would interact or see W████

7    once she moved in with Mr. G████.

8    A.   She would call me sometimes at night and say that

9    James was going -- Mr. G████ was going to take the

10   children to school, then he was going to go to Virginia to

11   the bank; come out early enough so I could see him take the

12   children to school and take the train -- make sure he got on

13   the train, and come to the apartment.

14   Q.   Now, did you know that Mr. G████ and W███ were in a

15   relationship?

16   A.   I did.

17   Q.   So why were you willing to go over to Mr. G████'s

18   house?

19   A.   Before I met Mr. G████ W███ and I became friends;

20   and I liked W███.

21   Q.   Now, did there come a time where Mr. G████ and W███

22   moved away?

23   A.   Yes.

24   Q.   And did you have any contact with W███ after she moved

25   away with Mr. G████?

```
 1    A.   No, I did not.

 2    Q.   Did there come a time after she moved away -- actually,

 3    strike that.

 4              Do you know where she moved away to?

 5    A.   Yes.

 6    Q.   And what's your understanding of where she moved?

 7    A.   Florida.

 8    Q.   Now, once W███ was in Florida, did you stay in contact

 9    with her then?

10    A.   No.

11    Q.   Did there come a time where the two of you reconnected?

12    A.   Yes.

13    Q.   And when was it that you reconnected with her?

14    A.   She called me and said that James was in the hospital,

15    he was dying, and she may need my help; and that she needed

16    $50.

17    Q.   Now, Mr. Smith, are you employed?

18    A.   No, I am not.

19    Q.   Back in 2015 were you employed?

20    A.   No, I was not.

21    Q.   What kind of income did you have back then?

22    A.   SSI.

23    Q.   And when W███ asked you for your help, were you willing

24    to give it to her?

25    A.   Yes.
```

1    Q.  What did you do?

2    A.  I sent her $50 through -- I believe it was Western

3    Union.

4    Q.  And after you sent her the $50, did you have some

5    understanding for what it was for?

6    A.  She said she needed something to drink, her nerves was

7    bad.

8    Q.  And after you sent her the money, did the two of you

9    stay in contact at that point?

10   A.  Yes.

11   Q.  How was it that W████ reached -- how was it that W████

12   contacted you when she -- if she was in Florida?

13   A.  My number never changed.  She called me.

14   Q.  And after you sent her the money, did there come a time

15   when you talked to her again?

16   A.  Yes.  She called me again, and she said he had died.

17   That they was living in a hotel -- her and the children had

18   nowhere to go; could she come back and live with me, and I

19   said yes.

20   Q.  So let's -- let's step back a little bit.

21        You say she asked you if she could come and live

22   with you.  Where were you living at that time?

23   A.  ████████████  Southeast.

24   Q.  And how did you get that apartment?

25   A.  Public housing.

1   Q.  And when you say "public housing," explain to the ladies

2   and gentlemen of the jury what you mean.

3   A.  I was on the housing list for years, and I came up for

4   an apartment; and I had got an apartment at public housing.

5   Q.  After W███ moved into the house, did the two of you get

6   married?

7   A.  Yes.

8   Q.  Explain what that was about.

9   A.  After they came in, the children had to have an address

10  to where they was living.  And when I went to put them on my

11  lease, housing told me that -- the management of housing

12  told me that I could not put them on the lease unless I was

13  married to W███; and I didn't know no better, and I did

14  that.

15  Q.  And so after you got married, did W███ move in?

16  A.  She was -- they was already there.

17  Q.  They were already living there?

18  A.  Yes.

19  Q.  And how long were they living there before you actually

20  got married?

21  A.  Maybe two months.

22  Q.  After you got married, did A█████ start going to

23  school?

24  A.  She did.

25  Q.  And where did she go to school?

```
 1    A.  She went to school -- to ███████ Elementary School.

 2    Q.  Did she go to another school?

 3    A.  Yes.  She -- no.  I'm sorry.  She went to ████████████.

 4    Q.  And how far away was that school from your house?

 5    A.  That school is about -- I would believe a half a mile.

 6    Q.  Now, how many bedrooms do you have in your house?

 7    A.  I have one bedroom.

 8    Q.  And when A██████ and her sister moved in, did you sleep

 9    in the bedroom?

10    A.  Yes.

11    Q.  And who did you sleep in the bedroom with?

12    A.  W████.

13    Q.  Did there ever come a time, Mr. Smith, when you slept on

14    this air mattress?

15    A.  No.  I never slept on the air mattress.

16    Q.  Did you and W████ ever sleep on an air mattress?

17    A.  No, we did not.

18    Q.  Who slept on the air mattress?

19    A.  A███████, L███████, and Ella.

20    Q.  I want to talk to you a little bit about Ella.  How

21    often did she come and visit?

22    A.  She came every other weekend and through the summers.

23    Q.  Was she the only daughter of yours that came to visit?

24    A.  No.  Kryee Joel came also.

25    Q.  Now, do you also have a son?
```

1   A.   Yes.   Tony would also come.

2   Q.   And what's Tony's last name?

3   A.   Hopkins.

4   Q.   Does -- Tony and Ella, do they have the same mother?

5   A.   No.

6   Q.   When they would come over to the house -- all of your

7   kids would come over to the house, tell us about the kinds

8   of things that they did.

9   A.   They would sit around in the living room, talking and

10   playing with -- excuse me -- playing on the -- playing on

11   their phones or watching TV.

12           Kryee liked to watch TV, so she watched a lot of

13   cartoons, and things like that.

14           Ella and -- Ella and -- Ella and A█████   would be

15   on the mattress, on the phone, playing on their phone with

16   █████.

17           Tony sometimes would sit on the side where -- him

18   and I would be playing -- I forget the name of the game.

19   Him and I would play -- it's a game -- Monopoly.  We would

20   be playing Monopoly together.

21   Q.   And what kind of phone did you have back in 2015?

22   A.   2015, I had a Samsung phone.

23   Q.   All right.  And how did you come to have that phone?

24   A.   I bought it.

25   Q.   Did there come a time where you got a different phone?

1    A.  Yes.

2    Q.  And what kind of phone did you get once you bought a new

3    phone?

4    A.  I bought -- I bought a 6 -- what is it? -- 6s Plus.

5    Q.  All right.  Now, did you spend a lot of time at your

6    home?

7    A.  No, ma'am.

8    Q.  Tell the ladies and gentlemen of the jury why you

9    didn't.

10   A.  I didn't spend a lot of time at my home because I helped

11   a lot of people.

12           I worked with my brother a lot, who had cancer and

13   he was dying.  And I was taking him to Virginia all the

14   time, like, for his prostate cancer.  And I spent a lot of

15   time with him because there was a lot of things he couldn't

16   do.

17   Q.  And when you say there were a lot of things that he

18   couldn't do, did you help your brother while he was sick?

19   A.  I did.  I did everything for him while he was sick.

20   Q.  Did he eventually pass away?

21   A.  He did.

22   Q.  And tell us, what's his name?

23   A.  ███████  Smith.

24   Q.  And did you have an occasion -- did your children have

25   an occasion to meet Mr. Smith?

1    A.  They did.

2    Q.  And what was his -- what did he go by?

3    A.  ███ .

4    Q.  I'd like to ask you about the time that A███     spent

5    in your home.

6    A.  Sure.

7    Q.  Now, how long do you think that she lived there?

8    A.  Maybe a year and a half, I believe; maybe two -- close.

9    Q.  And did -- did she have any issues with respect to her

10   cell phone?

11   A.  Explain that.  Oh, yes.

12   Q.  Let me -- let me ask it a different way.

13          Did you have any rules as it relates to the kids'

14   cell phones?

15   A.  I did.

16   Q.  Tell us about those rules.

17   A.  I would tell them they couldn't spend a lot of time on

18   the cell phone, they couldn't have boyfriends on the cell

19   phone.  And they was doing a lot of selfies.  They was

20   setting their phones up, putting the time on them,

21   dancing -- doing a lot of dancing and things.  And I always

22   tell them:  No, come on.  You putting too much time on the

23   phone; let's go outside.  We would go walking.

24          Just --

25   Q.  Did you --

1    A.  They had apps on the phone -- Kik, and some other apps

2    on the phone; and I thought they was too old [sic] for them

3    to have them.  I would tell them to take them off; they

4    would take off some of them.  And then I learned later they

5    would mix them in with the other apps and they didn't get

6    rid of them like I told them to.

7            If one got mad with the other one about something,

8    then they would come and tell me and show me that they

9    didn't get rid of it, and how they had moved it into a

10   different location of the apps.  And I would tell them to

11   erase it -- delete it in my face.

12   Q.  What kind of apps were those?

13   A.  It was, like, Kik, Instagram.  There was something -- a

14   couple other ones.  They tried to get Facebook in my name.

15   There were quite a few things.

16   Q.  And why didn't you want your kids to be involved in,

17   sort of, social media or those apps?

18   A.  Actually, I wasn't into them, and I didn't know much

19   about them.  And I heard people talk about them; it was not

20   for children.

21   Q.  And why do you say they were not for children?

22   A.  Because I heard it was a meeting place for people to

23   meet people; and they was trying to be involved and have a

24   relationship, or just have sex.  And I didn't think that was

25   appropriate for children their age.

1   Q.  And did you have an occasion to talk with A█████ and

2   your daughters -- your other daughters, about your not

3   wanting them to be on the apps?

4   A.  I did.

5   Q.  What was the discussion about?

6   A.  That there wasn't -- they was too young; they should not

7   be on there; and they should not do this.  And if I caught

8   them, I was going to take their phones for a while.

9   Q.  Now, did you ever take A█████'s phone and require her

10  to do some sex act in order to get it back?

11  A.  No, I did not.

12  Q.  Why did you take the cell phone?

13  A.  Sometimes I took her cell phone because she either

14  killed my fish or she would just throw dishes in the sink

15  and break them; or sometimes -- when I asked her to clean up

16  behind herself, do details in the house, she wouldn't do

17  them.

18  Q.  And would you consider that some form of discipline?

19  A.  Yes, ma'am.  Because I could not spank somebody else's

20  child.

21  Q.  I was just about to ask you that.

22          Did you ever spank these children?

23  A.  No, ma'am.

24  Q.  I want to ask you about your cell phone -- either of the

25  cell phones that you had.  Did your children have permission

1   to use them?

2   A.  No, ma'am.

3   Q.  Were there times when they did, in fact, use them?

4   A.  They did.

5   Q.  And tell us about that.

6   A.  There was plenty of times when my phone would be on the

7   charger and I'd forget; and I'd go out and be gone for a

8   long time.  I come back, they would have my phone.

9        When I get to my son's mother house, I would call

10  my phone, and they would have my phone.  Or sometimes I

11  would be so tired when I came in, I would -- I laid down,

12  went to sleep, and they would have my phone.  They had my

13  phone whenever they want to get it.  You know, even if I

14  said no, they would get it.

15  Q.  Now, let me ask you, did there come a time where you

16  bought a cell phone for A██████?

17  A.  No, ma'am.

18  Q.  Tell us what happened.  How did she get the phone?

19  A.  Her father bought her a Cricket phone; and the kids

20  picked at her at school about having a Cricket phone.

21  Q.  Let's stop for a minute.

22        When you say a "Cricket phone," --

23  A.  Yes, ma'am.

24  Q.  -- tell us what you mean.

25  A.  It's a phone by Cricket, a company called Cricket; and

1    she didn't like the phone.  And she broke the -- when you --

2    where you plug in the adapter to charge the phone, she

3    damaged it so it wouldn't charge because she didn't like the

4    phone.  So we couldn't charge it.

5            When I took it back to the store with the

6    receipt -- because her father gave us the receipt -- they

7    wouldn't exchange it or do anything.  They said you had to

8    buy a new phone.

9            So we went to T-Mobile -- to the company I was

10   with -- her mother tried to see if she could get a phone;

11   but her credit was bad, she could not get her a phone.  So

12   the lady said that -- Mr. Smith, you have been with us a

13   long time; we can see if you can get another line.  And she

14   said, Yeah, you are -- you are eligible for a new line.

15   Q.  Let me just stop you.

16           Did you, in fact, get a new line?

17   A.  I did.

18   Q.  What kind of phone did you buy?

19   A.  I didn't buy a phone; but W█████ gave me the money to add

20   a phone to my line for A███████.

21   Q.  And after she got the cell phone, did you have rules as

22   it related to her getting the cell phone?

23   A.  Yes.  That she could not be on the phone all the time;

24   and she had to make sure her homework was done and her

25   chores around the house that her mother asked her to do.

1    Q.  Now, did you buy her this cell phone so that she would

2    perform sexual acts on you?

3    A.  I never bought the phone for her; but no, ma'am.

4    Q.  The phone that she got, was it in some way in exchange

5    for her doing sexual favors for you?

6    A.  No, ma'am.

7    Q.  I want to talk to you about your relationship with

8    W█████.

9         Did there come a time -- actually, strike that.

10        How was your relationship with W████ in the

11   beginning?

12   A.  It was strange.

13   Q.  When you say that, tell us what you mean.

14   A.  We -- we had not seen each other in years, and it was --

15   we was distant.  We -- we didn't talk a lot.  If we talked,

16   it was about the children not doing something; but we really

17   didn't talk a lot.  We -- we were trying to get to know each

18   other again.

19   Q.  And eventually the relationship got better?

20   A.  No, ma'am.

21   Q.  When you say "no, ma'am," can you tell us what -- what

22   was wrong?  What happened?

23   A.  2015, I believe it was around September, W████ brother

24   passed away, Herman; and she started drinking more.  I knew

25   she was drinking a little, but she started drinking a lot.

1    Q.  And when you say "drinking a lot," explain how that

2    manifested itself.  Explain what you would see when she

3    would drink a lot.

4    A.  She would get drunk.  She would throw up all over the

5    place -- the bed, in the living room.  She'd go in -- in

6    my -- in the closet and take out the liquors that I had up

7    on the shelf for special occasions when my family or friends

8    came over.  She would drink the liquor, put water in the

9    bottles.  And she would scream and holler, like I was doing

10   things to her when I would talk to her.  The neighbors would

11   call the police almost every weekend.

12   Q.  Now you -- now you say that she -- things were weird

13   between the two of you.  Did there come a time where you

14   learned that she was doing drugs?

15   A.  I did.

16   Q.  How did you first find out that W███ was using drugs?

17   A.  It was in 2016.  A██████ -- A██████, L██████, and I

18   had went to PG Plaza to buy school clothes.

19   Q.  Let me just stop you.

20          You say "to buy school clothes."

21   A.  Yes.

22   Q.  Were you somehow controlling these kids with your money?

23   A.  No, ma'am.  L█████ was getting a check from her

24   passed-away father.

25   Q.  And how were you able to help them -- buy them clothes?

1    A.  I would take -- well, W███ would take the money out and

2    give me so much money.  And we would go to what I thought

3    was the cheapest place to go buy clothes.

4    Q.  Okay.  Go right ahead.  You said you were coming back

5    from PG Plaza; and what happened?

6    A.  We came -- we came -- we walked into the house; and when

7    we went into the bedroom she was sitting on the commode

8    [sic] smoking crack.

9    Q.  Now, were you shocked?

10   A.  I was more than shocked because I didn't know she did

11   drugs like that.

12   Q.  When you say you didn't know she did drugs like that,

13   did you have any idea that she was smoking crack cocaine?

14   A.  No, ma'am.  I knew she was drinking, but no.  No.

15   Q.  How did her use of crack affect your relationship?

16   A.  It -- it affected it a lot because she would make

17   herself sick by smoking.  She was an asthmatic; and by her

18   smoking and drinking a lot, it caused her to be sick more.

19   Q.  When you say she got sick more, did she end up going to

20   the hospital?

21   A.  Yes.  And I would come home sometimes just to check on

22   her; and the neighbor would say, Hey, ain't nothing like an

23   old fool.  I didn't understand what they were saying.

24            But finally they told me that --

25   Q.  Wait.  I -- I didn't hear you.  Did you say "nothing

1    like an old fool"?

2    A.  Yes, ma'am.

3    Q.  What -- what are -- what are you referring to?

4    A.  They was trying to tell me that she was going out buying

5    crack when she was telling me she wasn't able to walk the

6    children to the bus stop or to school; but once I got gone,

7    she was getting up, leaving the house.

8    Q.  Let me back up.

9         Who is "they"?

10   A.  My neighbors.

11   Q.  And did you have some conversation with your neighbors

12   at some point?

13   A.  All the time.  Every day I speak to them.  There was a

14   lady I called "Mom."

15   Q.  And -- and with respect to your talking to the

16   neighbors, what did you say that they were telling you about

17   what was happening with your wife?

18   A.  They just told me --

19         MS. BURRELL:  Objection.

20         THE WITNESS:  They told me that I was --

21         THE COURT:  There is an objection.  It's

22   sustained.

23         MS. HARDEN:  May we have a bench conference, Your

24   Honor?

25         THE COURT:  No, actually.  It's clear hearsay.

1          MS. HARDEN:  Can I be heard, Your Honor?

2          (Whereupon, a bench conference was held.)

3     BY MS. HARDEN:

4     Q.  Now, did there come a time when you had a conversation

5     with W███  about it?

6     A.  Yes.  I had came down to ██████████ Street, to a town

7     hall meeting; and I turned around and went back home.  And I

8     didn't go back past my building, I went around the block.

9     Q.  Why did you go around the block?

10    A.  I don't know.  Something just told me to go the other

11    way, I would miss something.  And --

12    Q.  Okay.  And did you eventually see W███?

13    A.  Yes.  I seen her coming out the building.

14    Q.  What happened?

15    A.  And I said, (utterance), excuse me.

16          She said, I am in a hurry.

17          And I said, Excuse me.

18          And she turned around and looked.  She said, ugh.

19          I said, Yeah, you so sick you couldn't take the

20    children to school.  You always saying you sick, but I been

21    hearing it, so I had to come back to see myself; and I

22    caught you.

23    Q.  And what happened?

24    A.  She had crack in her mouth, under her tongue.

25    Q.  And after that time that you saw Ms. W███ with crack on

1    her, what did you do about it?

2    A.  I asked her to get into a program and get some help.

3    And --

4    Q.  Did -- did she, in fact, get into a program?

5    A.  No, ma'am.  And at that time, I had got a call from

6    Michele because A███████ had told her that her mother was

7    doing crack.  And I went to -- and Michele invited us to

8    come to her house to talk about it.

9    Q.  When you say she "invited us to come to her house," tell

10   the ladies and gentlemen of the jury what you mean.

11   A.  She wanted to talk to us about what A███████ had told

12   her; that W████ was drinking a lot, jumping on me, fighting

13   me, and smoking crack.  And she -- she talked to us; and

14   every time we tried to talk, W████ kept jumping in and

15   interrupting, so we really couldn't talk.

16              So she said, Okay.  I will talk to y'all later.

17   But she said I -- I would like to get the two children from

18   you, W████, because Joe said he's putting y'all out.

19   Q.  Wait.  Let me back up.

20              So -- so you were talking about a conversation

21   with you and Michele.  How did it come to be that you were

22   talking about putting somebody out?

23   A.  Because that's why she had us to come there; because I

24   had told Michele that I couldn't deal with this no more, she

25   had to go.

 1    Q.   What do you mean "she had to go"?

 2    A.   She had to leave the premises.

 3    Q.   Well --

 4    A.   She kept call -- she kept drinking and smoking, and

 5    acting crazy.  And she kept the police in my house -- the

 6    neighbor would call the police every weekend.

 7    Q.   Now -- now, you say the neighbors were calling the

 8    police?

 9    A.   Because she was screaming and hollering.

10    Q.   You say "screaming and hollering."  What kinds of things

11    were happening when she was screaming and hollering?

12    A.   When she be drinking and walking around in the house all

13    the time naked, I would say:  Put on some clothes, go

14    somewhere, do something with yourself.  And she start

15    screaming, Ah (utterance), leave me alone.  It just... she

16    got loud with it.

17    Q.   All right.  Did there come a time where your

18    relationship got better?

19    A.   It never got better.

20    Q.   And did you take an opportunity, because your

21    relationship wasn't good with W████, to sexually abuse

22    A███████?

23    A.   No, ma'am.

24    Q.   Did you get involved in any way sexually with A████████?

25    A.   No, ma'am, I did not.  Never, ever would.  You know --

1    Q.   Now, I want to ask you about, sort of, how your

2    household was run.

3              Did you have a computer?

4    A.   I did.

5    Q.   And who had access to the computer?

6    A.   Everybody in the household, and my son.

7    Q.   When you say "everybody in the household," you have to

8    tell the ladies and gentlemen of the jury who you mean.

9    A.   W███, A██████, L██████.  And when ████ was there,

10   ████  did too.

11   Q.   Who is ████?

12   A.   W███'s brother.

13   Q.   How long did he live with you?

14   A.   He lived there, like, three months.

15   Q.   If you didn't have a good relationship with W███, why

16   would you let her brother live there?

17   A.   Because ████ was in a mental institution and she kept

18   begging me to help him get out.  And he needed a place to go

19   because before Herman passed away, he would stay with

20   Herman.  And he had nowhere to go.

21   Q.   Did there come a time where W███ needed to get her

22   belongings from Herman's house?

23   A.   Yes.

24   Q.   Tell us what happened.

25   A.   She kept talking to me about she was going to get her

1    things out of there and that Herman was going to give her

2    money.  And she left out early one morning, her and the

3    children.  She came back -- and when she came back, she had

4    a U-Haul.  She was blowing the horn -- and the neighborhood

5    where I live at, people don't really blow their horn because

6    they know somebody is coming or not.  And she just kept

7    whooping the horn and kept whooping the horn.

8            I happened to look out the window, and I saw

9    outside that she was downstairs.  She had backed her U-Haul

10   into somebody's BMW.  And I went downstairs, and I told

11   her -- I told her -- I said, You can't drive?  And she said,

12   I didn't see her.

13   Q.  When you say "you can't drive," who were you talking to?

14   A.  W███.

15   Q.  And why would you be asking her whether she couldn't

16   drive?

17   A.  Because she backed up into what looked like a brand-new

18   BMW, and scarred up his hood -- her hood.

19   Q.  What did -- what was your responsibility with respect to

20   the U-Haul?

21   A.  I had nothing to do with the U-Haul.  I -- I had told

22   the lady -- the traffic was backing up.  I said -- I told

23   the lady in the BMW, Let me take it around the corner and

24   come back so that the traffic can get out of the way.

25   Q.  Okay.  I want to stop you for a minute.

```
 1            So did there come a time where you drove a U-Haul?
 2   A.  I did.
 3   Q.  Who was in the car with you when you drove a U-Haul?
 4   A.  W███, L██████, and A██████.
 5   Q.  Now, you have been here for this trial, you remember
 6   seeing some U-Haul records?
 7   A.  Yes, ma'am.
 8   Q.  Did there come a time where you rented a U-Haul?
 9   A.  I never rented a U-Haul.  I never had a license.
10   Q.  Let me ask you about this.  You heard testimony that
11   your license is somehow suspended.
12            Do you have a driver's license?
13   A.  No, ma'am.  I never had a license in my life.
14   Q.  When it comes to this U-Haul, did you ever go down to
15   the U-Haul place and rent it?
16   A.  No, ma'am, I did not.
17   Q.  I want to ask you specifically about whether or not you
18   were in the back of a U-Haul with A██████ ever?
19   A.  No, ma'am.  Absolutely not.  Never.
20   Q.  Have you ever required anybody to get in the back of a
21   U-Haul with you?
22   A.  No, ma'am.
23   Q.  What about -- you heard testimony that there is some sex
24   act supposed to have happened in the U-Haul.
25            Have you ever had any kind of a sex act between
```

1   you and A█████?

2   A.  No, ma'am.  I never touched that young lady.  I never

3   touched her.  Never in my life.

4   Q.  Now, I want to ask you about your neighbors who lived

5   not that far from you -- Jennifer.

6           Were you familiar with Jennifer?

7   A.  Sort of.

8   Q.  Tell us what you mean.

9   A.  Her son was going to school with my daughter.  He would

10  meet there -- he would meet at the apartment every morning.

11  And I would -- we would walk I█████ to her school; then I

12  would walk both of them to their school.  Then I would go on

13  through the day and do what I had to do.

14  Q.  Now, let me ask you --

15  A.  One night A█████ -- one night A█████ called -- my

16  wife called her, one, and said she was coming over -- this

17  was around six o'clock in the afternoon.  I had then

18  cooked -- we had then ate; and I was laying across the bed.

19  I said, Okay.  She came over that night about 10:30, 11:00.

20  So I asked my wife, Why she come so late?

21  Q.  Well, when you say "she," I just want to be clear --

22  A.  Jennifer.

23  Q.  And why were you concerned about her coming over so

24  late?

25  A.  We was going to church the next morning.  It was a -- it

1    was a Saturday, I -- I go to church.  I was going to church

2    Sunday.  And I didn't -- and if you coming to somebody house

3    for the first time -- especially the first time meeting

4    someone's husband -- because I didn't know her -- you would

5    come at a decent hour; at least I thought she would.

6    Q.  And did there come a time when you had a conversation

7    with W███ about the time that Jennifer was coming over?

8    A.  Yes.

9    Q.  Tell us about it.

10   A.  I said, Why she calling -- coming so late?  She told you

11   she was coming at six o'clock.  Why is she coming this late?

12          She's all -- Don't worry about it.  She will be --

13   she will be here for a little while, and then she going

14   home.

15   Q.  And did there come a time when she actually did come

16   over?

17   A.  She did come over.

18   Q.  When she came over, did you have a chance to see

19   Jennifer and W███ interact?

20   A.  I did.

21   Q.  Tell the ladies and gentlemen of the jury what you saw.

22   A.  They was sitting on my bed -- on the bed in the bedroom,

23   the door was closed.  And when I opened the door and went

24   in, W███ was sitting on the bed with her legs folded,

25   face -- folded, facing the wall; her back was toward the

1    door.  Jennifer sitting on the other side of the bed with

2    her legs folded, facing the door.  When I came into the

3    door, she said:  They here, they here.  And I seen her,

4    like, drop something into her purse.

5    Q.  Now, let's stop for a minute.

6            You say you saw her drop something into her purse.

7    Could you tell at that point what it was?

8    A.  I could not.

9    Q.  And did you have an opportunity to talk with your wife

10   about what was going on?

11   A.  I did.

12   Q.  And what did she tell you was happening?

13   A.  I asked her why was there sniffling going on.  And why

14   was Jennifer telling her when I came into the room --

15   because I heard her.  And she said, Nothing; we was just

16   having girl talk.  We up here exchanging medications and --

17   because we both have chronic -- chronic -- chronic asthma;

18   and we just exchanging medications and reading each other

19   medications.  So I left it at that.

20   Q.  And did you have a chance to -- strike that.

21           Do you know who Jennifer's husband was?

22   A.  Not at that time.

23   Q.  And did you have a chance to eventually meet him?

24   A.  I did.

25           THE COURT:  Is there an objection?

```
 1              MS. BURRELL:  Yes.  Objection.

 2              THE COURT:  Okay.  One word.  What's --

 3              MS. BURRELL:  Relevance.

 4              THE COURT:  All right.  Well, let me hear where

 5      this is going.

 6              (Whereupon, a bench conference was held.)

 7      BY MS. HARDEN:

 8      Q.  And so I was asking you about whether or not you had an

 9      opportunity to learn or -- or to interact with Jennifer's

10      husband.

11      A.  Yes.

12      Q.  And did there come a time where -- actually, strike

13      that.

14              How many children did Jennifer have?

15      A.  I knew of two.

16      Q.  And did they ever come to visit your home?

17      A.  They did.

18      Q.  Was there a time where you didn't allow one of the

19      children to come?

20      A.  I stopped ▮▮▮▮▮ from coming.

21      Q.  Tell us about who ▮▮▮▮ is.

22      A.  ▮▮▮▮ is Jennifer's son; he was 12 years old.

23      Q.  Did he and A▮▮▮▮ and Kryee have a friendship?

24      A.  No.

25      Q.  Did A▮▮▮▮ and ▮▮▮▮▮ have a friendship?
```

```
1     A.  Yes.

2     Q.  Tell us about it.

3     A.  He came over all the time.

4          She sometimes would text him and tell him to come

5     over so they could go outside and go to the park, or he just

6     hung around a lot.  And sometimes A█████ would say, Can

7     you send him home?  You know, he -- I'm -- I'm tired of him.

8          But they went to school together every morning

9     because they was in the -- almost in the same grade.  They

10    went to the same school.  He would come by every morning to

11    meet her, which I was liking that because it get -- it -- it

12    took me away from having to take her to school.

13    Q.  I'm sorry.

14    A.  So I could --

15    Q.  Now, let me back up just a minute.

16         Why were you taking A█████ to school?

17    A.  She didn't know her way around and her mother wouldn't

18    get up or acted -- her asthma was bothering her, so she

19    wouldn't take her to school; so I would drop off both

20    children to school.

21    Q.  Now, did you ever take an opportunity, while you were

22    taking her to school, to sexually abuse her?

23    A.  No, ma'am.

24    Q.  Did you, at any point in time, take A█████ out of

25    school for any purpose?
```

1    A.   No, ma'am.

2    Q.   Did you sexually assault -- sexually abuse A███████ some

3    days when she was out of school?

4    A.   No, I did not.

5    Q.   Now, explain why you were not allowing █████ to come

6    back over to the house anymore.

7    A.   Now, when I came back home one day early, I had to -- I

8    had went out with my brother -- no, I was going -- I took --

9    I went somewhere that morning; I came back.  And when I

10   came, back █████ was there; it was, like, ten o'clock in

11   the morning.  He was in front of my building trying to get

12   in and looking up at my window.  So I went on up the steps

13   real quick so he didn't see me because I didn't want to be

14   bothered with him.

15          And he finally got in the building somehow; he

16   came on upstairs.  And I was getting ready to go in the

17   door.  He said, How you doing, Mr. Joseph?  I said, Hi.

18          I said, Why you not in school?  He said, You know,

19   we just came back from Tennessee last night.

20          I said, Oh, okay.  Well, you still here; you know

21   you have time to go to school.  So he said, My mother told

22   me to bring something over here for Ms. W████.

23   Q.   And did he, in fact, bring something over to the house?

24   A.   He did.

25   Q.   What was it that he brought over to the house?

1    A.  It was a little Kindle that you read books out of.

2    Q.  And was it in a case?

3    A.  It was in a case.

4    Q.  Did you have an opportunity to look at it?

5    A.  Yes.  When I opened the door and went inside, I opened

6    it in front of W████ and A███████, and ██████.  And when I

7    opened it, a bag of cocaine fell out of it.

8    Q.  Now, when the bag of cocaine fell out, what did you do?

9    A.  When I reached to grab it, W███ beat me to it.  And I

10   said, No, give it to me.  Because I told you that -- I

11   stopped her from coming here because of this.  We can't have

12   no crack cocaine or no -- no -- none of this stuff in the

13   house.

14   Q.  Now, about how long was that before A██████ went to the

15   police in this case?

16   A.  Maybe a month.

17   Q.  And had you informed W███ that she couldn't live at

18   your house anymore?

19   A.  Yes.  W███ already knew that, that month -- that they

20   had to move out on the end of that month.  They -- they all

21   knew that.

22   Q.  Now, when you say "they had to move out," tell the

23   ladies and gentlemen of the jury why they had to move out.

24   A.  They had to move out because W███ couldn't cook; she

25   kept burning up the food.  She kept drinking; she kept doing

1    drugs.  She brought a woman there one morning, about one

2    o'clock in the morning, with her son; and the woman came

3    into my apartment.

4              And I'm in my bedroom sleeping.  She was opening

5    doors; slamming doors in my kitchen.  She woke up the kids.

6    And she had a boy with her about three years old.  And she

7    came into the closet and -- opening up my closets.

8    Q.  But let me just ask you, Mr. Smith, why was that a

9    problem?

10   A.  I didn't know this lady.  She didn't know me, but she

11   was rambling through my home.

12   Q.  And was that the only reason that you were making

13   Ms. W███ move out?

14   A.  No.  Ms. W███ had a drug problem and wouldn't do

15   anything about it.  She was violent.

16   Q.  When you say she wouldn't do anything about it --

17   A.  Yes, ma'am.

18   Q.  -- did there come a time where you told her there was a

19   date by which she had to leave?

20   A.  I told her -- and that was the reason Michele had us to

21   come there, so she could talk to us and try to, like, get

22   W███ to come live with her with the children.

23   Q.  And on the day that A██████ went to the police, did you

24   and Ms. W███ get into some kind of an argument?

25   A.  Yes, we did.

1    Q.  And what kind of argument did you get into?

2    A.  W▆▆▆ had just recovered from being sick for, like,

3    three or four days.  And it was pouring down rain outside,

4    and she wanted to go out at ten o'clock at night to Jennifer

5    house.  And I said, No.  If you going, take the children

6    with you.

7    Q.  And did she, in fact, take the kids with her?

8    A.  She did.

9    Q.  And did -- did she come back with the kids?

10   A.  No.

11   Q.  Did there come a time where she returned that night at

12   all?

13   A.  No.

14   Q.  A couple of days later, did W▆▆▆ return to your home?

15   A.  Yes.

16   Q.  And let me ask you this, between the time that she left

17   and the time that she returned, did she have the keys?

18   A.  Yes.

19   Q.  When she returned, did you let her come back and stay?

20   A.  No.  When she returned, she returned back with the

21   police.

22   Q.  Well, you say she returned "with the police," what

23   happened?

24   A.  Well, when the -- when she came in, she said that -- I

25   need to talk to you.

1          So I wasn't in the -- in my home.  I was staying

2     at a friend house for the time being.  And when I came there

3     to the apartment to meet her, she had the police with her.

4     Q.  What happened?

5     A.  And she kept looking in the door, peeking around,

6     talking about, Who you got in there?  I said, It's not your

7     business.  Why?  And she said, Let me in.

8     Q.  And did you, in fact, let her in?

9     A.  I said, No.  For what?  You said you want to talk; talk.

10         She didn't come -- try to come in.  She tried to

11    push her way in.  And I said -- push -- I pushed my door

12    back.  And the officer pulled the door together and told her

13    she can't do that.

14    Q.  Right.

15         And did anybody make any allegations to you at

16    that point that you had somehow sexually abused A███████?

17    A.  No, ma'am.  Nothing -- nothing came out like that.

18    Q.  Now, did there come a time after A██████ moved away

19    that W███ came to live with you again?

20    A.  Yes.

21    Q.  And did she tell you that she knew that these

22    allegations were false?

23    A.  Yes.

24    Q.  What did she say?

25         MS. BURRELL:  Objection.

```
 1              THE COURT:  Let's talk.
 2              MS. HARDEN:  Yes, Your Honor.
 3              (Whereupon, a bench conference was held.)
 4   BY MS. HARDEN:
 5   Q.  Did there come a time where W███  moved back in with
 6   you?
 7   A.  Yes.
 8   Q.  And after she moved back in, how long did she stay
 9   there?
10   A.  She stayed there with me for three months.
11   Q.  Do you know where A███████ was during that time?
12   A.  She told me that -- W████ -- W███ told me that A███████
13   was in Florida.
14   Q.  Did you, at any point in time, send those text messages
15   that you have seen in this trial?
16   A.  No, I did not.
17   Q.  Did you, at any point in time, ask A██████ to send
18   her -- to send those photos to you?
19   A.  No, ma'am --
20   Q.  Did you, at --
21   A.  -- I did not ask her to.
22   Q.  Did you, at any point in time, sexually abuse A██████?
23   A.  No, ma'am, I did not.
24   Q.  Did you make her perform oral sex on you?
25   A.  No, ma'am, I did not.
```

```
 1    Q.  Did you perform oral sex on her?

 2    A.  I did not.  Never.

 3              MS. HARDEN:  I have nothing further.

 4              THE COURT:  All right.  We'll take a 15-minute break.

 5              MS. SEDKY:  Can we have a bench conference?

 6              THE COURT:  You want to have a conference?

 7              (Whereupon, a bench conference was held, and a

 8    luncheon recess was taken.)

 9              THE COURT:  Okay.  Is the government ready to

10    proceed with cross?

11              MS. BURRELL:  Yes, Your Honor.

12                          CROSS-EXAMINATION

13    BY MS. BURRELL:

14    Q.  Good afternoon, Mr. Smith.

15    A.  Good afternoon, ma'am.

16    Q.  Mr. Smith, back in 2016 and 2017, your phone number was

17    ████████-1143, right?

18    A.  Yes.

19    Q.  And your email address was josephsmith61243@gmail.com,

20    correct?

21    A.  Yes.

22    Q.  Okay.

23    A.  That was the whole household address because nobody else

24    had an email address.

25    Q.  You were the only one in the whole house who had an
```

1    email address?

2    A.  At that time, yes.

3    Q.  Wanda didn't have an email address?

4    A.  Not at that time.  She didn't have a phone, but her

5    brother's phone.

6    Q.  Wanda didn't have a phone?

7    A.  She had Herman's phone.

8    Q.  Wanda didn't have her own phone?

9    A.  No, ma'am.

10    Q.  And A███████ didn't have an email address?

11    A.  No, ma'am.

12    Q.  You were the only one who could email?

13    A.  As far as I know, yes.

14    Q.  Mr. Smith, we talked -- you talked on direct examination

15    about your wife, W████ ████ -- your wife at the time, W███

16    █████.  W█████ ██████ was pretty sick during the time when you

17    were married to her in 2016 and 2017, right?

18    A.  Sometimes.

19    Q.  She had asthma?

20    A.  She had asthma, but she made herself sick.

21    Q.  Okay.  Well, she had asthma?

22    A.  Yes.

23    Q.  And sometimes she had to go to the hospital for asthma?

24    A.  Yes.

25    Q.  So it was a fairly severe type of asthma?

```
1    A.  Yes.  She had chronic asthma.

2    Q.  And because of that asthma, it was hard for her to get

3    around?

4    A.  No.

5    Q.  Well, didn't you testify on direct that you thought it

6    was hard for her to get around?

7    A.  I talked -- I testified under oath that she made me

8    believe, until I caught her outside moving around.  That

9    wasn't true.

10   Q.  Okay.  So until that time that you saw her outside, you

11   thought that it was hard for her to get around?

12   A.  I thought so, yes.

13   Q.  And you were living with her during this time?

14   A.  Yes.

15   Q.  So you were living with her during this time and you

16   thought it was hard for her to get around?

17   A.  I did.

18   Q.  And the reason that finally made you -- or that made you

19   think she could get around was that you caught her outside

20   once; is that right?

21   A.  Several times.

22   Q.  Okay.  And when she was outside, she was buying crack?

23   A.  Or she was going to the store.

24   Q.  Okay.  W███  spent a lot of time in bed, right?

25   A.  Yes.
```

```
 1     Q.  And that was in the bedroom?

 2     A.  Yes.

 3     Q.  When she would be hospitalized for asthma, sometimes

 4     those hospital stays could be for multiple days?

 5     A.  Sometimes same day out; sometimes longer.

 6     Q.  Sometimes she would go in the same day and be released;

 7     and other times she would spend multiple nights, is that

 8     right?

 9     A.  Yes.

10     Q.  In fact, sometimes she would stay over ten nights in a

11     row in the hospital?

12     A.  Only once.

13     Q.  And when she was spending the nights in the hospital,

14     she was not at the apartment at ████ Street, correct?

15     A.  That is correct.

16     Q.  You were at the apartment?

17     A.  Yes.

18     Q.  And A████ was at the apartment?

19     A.  Yes.

20     Q.  And L████ was at the apartment?

21     A.  Yes, and sometimes B██.

22     Q.  And sometimes B█?

23     A.  Yes.

24     Q.  But there were times when B██ was not there, correct?

25     A.  That is correct.
```

```
1    Q.  During this time, you said W███  was also drinking a

2    lot?

3    A.  That's correct.

4    Q.  I think you said she started drinking more after she

5    moved in with you, is that right, sort of, as things

6    progressed?

7    A.  No.  I didn't say it like that.

8    Q.  Was she drinking the same, kind of, like from the

9    beginning until the end?

10   A.  When she first moved in she wasn't drinking.  She

11   started drinking later.

12   Q.  So it got worse?

13   A.  Yes.

14   Q.  Okay.  And she started drinking a lot?

15   A.  Yes.

16   Q.  I think you said she was stealing liquor?

17   A.  That's correct.

18   Q.  And she was throwing up?

19   A.  Yes.  She threw up a lot in the bed, in the bathroom,

20   yes.

21   Q.  And you also said that she was doing -- she was smoking

22   crack?

23   A.  That's correct, yes.

24   Q.  Okay.  So W███  was sick with chronic asthma, in and out

25   of the hospital, correct?
```

```
 1    A.  At times, yes.

 2    Q.  She was drinking heavily?

 3    A.  At times, yes.

 4    Q.  Would she pass out?

 5    A.  No.

 6    Q.  So she would drink heavily but she would not pass out?

 7    A.  Only one time I recall she had passed out.

 8            She was -- the children came home from school; she

 9    was laying in front of the balcony, in front of the sofa,

10    laying on the floor -- that picture that you have on my

11    phone.  And I was at my son's mother house, taking care of

12    her when the children called me and said that she wouldn't

13    respond; that she was laying passed out on the floor, and I

14    went home.

15    Q.  So she would throw up a lot, but she would not pass out;

16    is that your testimony?

17    A.  That's correct.

18    Q.  And she was smoking crack?

19    A.  That's correct.

20    Q.  So W███ at this time was not really looking out for her

21    kids?

22    A.  W████ wasn't looking out for W███.

23    Q.  Well, W███, we just said, was sick, right?

24            She was spending less of her time --

25    A.  When you -- that's correct.  But even when you sick you
```

```
1    know certain things that you shouldn't do to make it worse

2    to separate you from your kids or your husband.

3    Q.  And she wasn't doing that, right?

4    A.  She wasn't doing what?

5    Q.  She wasn't looking out for her kids?

6    A.  She wasn't looking out for any of us.

7    Q.  Okay.  And that includes her kids?

8    A.  Excuse me?

9    Q.  That includes her kids?

10   A.  That's correct.

11   Q.  She wasn't really taking care of her kids?

12   A.  No.

13   Q.  You were the one, during this time, who was buying

14   groceries, right?

15   A.  At what time?

16   Q.  While W███ -- while the kids were living with you, when

17   W███ was sick, drunk, and smoking crack?

18   A.  From what time to what time are we speaking of?

19   Q.  Well, would you be the one who would usually buy the

20   groceries?

21   A.  When W███ got her food stamps we all would go to the

22   store and buy groceries together.

23   Q.  Okay.  And who would be the one to, kind of, get the

24   food out for the kids?

25   A.  Who would be the one to do what?
```

1  Q.  Who would be the one to, kind of, get the food out for

2  the kids?  Who would make their meals for them?

3  A.  I cooked every day.

4  Q.  You cooked their meals?  Is that what you said?

5          I'm sorry.  I didn't hear.

6  A.  I cooked every day.

7  Q.  Okay.  And you also were the one walking the kids to

8  school?

9  A.  I did, ma'am.

10  Q.  And you were also the one taking care of the things that

11  the kids needed for school?

12  A.  Sometimes, yes.

13  Q.  You would talk to A███████'s teachers?

14  A.  Yes.

15  Q.  You would help her get her nails done?

16  A.  Help who get nails done?

17  Q.  I'm sorry.  I didn't hear you.

18  A.  Help who get nails done?

19  Q.  A███████.

20  A.  A███████ wasn't getting no nails getting done when she

21  lived in the home with me, ma'am.

22  Q.  I'm sorry.  Can you speak a little closer to the

23  microphone.

24  A.  A███████ wasn't getting her nails done when she lived in

25  the home with me.

1    Q.  A███████ wasn't getting her nails done?

2    A.  No, ma'am.

3    Q.  Did you care about how her nails looked?

4    A.  To a certain extent because, when you start putting on

5    all that fake stuff, it say that you are older than what you

6    are to people.

7    Q.  Okay.  Would you tell her to be careful about her nails?

8    A.  No.

9    Q.  So, Mr. Smith, I am going to show you what has been

10   admitted as Government's Exhibit 4, page 3.  It should show

11   up in that screen in front of you in just a second.

12           At this time I will -- once we get there, I will

13   also ask to publish to the jury.

14           So, Mr. Smith, if you look at the screen, do you

15   see a text in green that says:  Please be careful and don't

16   break your nails?

17   A.  Yes.

18   Q.  Did you write that message?

19   A.  No, ma'am.

20   Q.  So you are saying that you did not write this message on

21   your phone?

22   A.  That is correct, ma'am.

23   Q.  Who wrote this message?

24   A.  I have no idea.

25   Q.  So someone took your phone and the message that they

1   chose to write was:  Please be careful and don't break your

2   nails?

3   A.  Ma'am, she did not have nails to break.  She bit her

4   nails off all the time.

5   Q.  She bit her nails?

6   A.  Yes, ma'am.  I don't recall any nails.

7   Q.  I'm sorry?  You said you don't recall any nails?

8   A.  I don't recall her having any nails because her mother

9   went to the nail parlor.

10          MS. BURRELL:  And we can take down Exhibit 4.

11  Q.  Mr. Smith, you said that you gave W███ █████ -- you

12  gave Ms. █████ a date that you were going to put her out of

13  the house; is that right?

14  A.  Yes, ma'am.

15  Q.  And that was a date near the time that she ended up

16  taking A█████ to the police station?

17  A.  That month.

18  Q.  April 2017?

19  A.  That month was the month she was leaving, in April 2021

20  [sic].

21  Q.  Okay.  And that was the first time that you had told

22  her, You need to get out?

23  A.  No, ma'am.

24  Q.  No?  You had told her to get out before?

25  A.  She had moved since January.

```
1    Q.  Since January of when?

2    A.  January the 2nd or the 3rd, when we went to Michele's.

3    Q.  Of 2017?

4    A.  Yes, ma'am.

5    Q.  Okay.  And W███ didn't want to leave, right?

6    A.  She didn't.

7    Q.  She didn't really have any other place to go?

8    A.  I have no idea.

9    Q.  She was still sick, and drinking and smoking, at this

10   time?

11   A.  She had just recovered from being sick for, like, three

12   days in the house.

13   Q.  Okay.  And when she was living with you, she had a roof

14   over her head, right?

15   A.  Yes.

16   Q.  And her kids had a roof over their heads?

17   A.  Yes.

18   Q.  Someone was feeding them?  Someone was feeding her kids?

19   A.  I cooked, they ate.

20   Q.  And someone was taking her kids to school?

21   A.  Yes.

22   Q.  Someone was making sure that they had everything that

23   they needed?

24   A.  How do you mean that?

25   Q.  Well, when W███ was living with you, you were making
```

1    sure that her kids were eating, that they were getting to

2    school, that they were safe, right?

3    A.   Yes.

4    Q.   Back in 2016, she wasn't trying to leave?

5    A.   No.

6    Q.   And you, back in 2016, you were trying to help her,

7    right?  You were trying to get her into rehab you said?

8    A.   That's correct.

9    Q.   You were trying to talk to her about her drug problem?

10   A.   That's correct.

11   Q.   So, back in 2016, you weren't trying to put her out of

12   the house?

13   A.   No, ma'am.

14   Q.   Back in 2016, she wasn't trying to get out of the house?

15   A.   December 2016 is when I told her originally she had to

16   go.

17   Q.   When was that?

18   A.   December of 2016.

19   Q.   December of 2016?

20   A.   Yes.

21   Q.   What did she say when you told her she had to get out of

22   the house?

23   A.   She didn't say anything; she went into the other room.

24   Q.   I'm sorry?

25   A.   She didn't say anything; she just went into the other

1    room.

2    Q.  So you told her she had to get out, and she doesn't say

3    anything?

4    A.  Yes.  I told her:  You have to move.

5    Q.  Does she move?

6    A.  No.  Michele called us and talked to us.  And we went

7    there because she was going to go -- she was supposedly

8    moving with Michele.

9           She disrespected Michele when she went there.

10   Michele sent her back.  She called me.  She said:  You keep

11   her; I don't want her.  Put her in the streets, I don't

12   care.  She came to my house and disrespected me.

13   Q.  So W█████ was at Michele's, and then she came back to

14   your house?

15   A.  She went to Michele house to talk to Michele about

16   making arrangements for her and the children to stay there.

17   Q.  And so when Michele -- when she came back from Michele's

18   house, did you put her out?

19   A.  No.

20   Q.  Did you put her out in January?

21   A.  In January --

22   Q.  Of 2017?

23   A.  January -- January is when she came back from Michele

24   house.

25   Q.  How long --

1    A.   That's when I told her:  You going to have to go because

2    Michele told me how you acted at her home.  You have

3    somewhere to go?

4    Q.   How long did she stay at Michele's house for?

5    A.   Maybe 30 minutes.

6    Q.   When she came back from Michele's house you told her

7    that she still had to go?

8    A.   Yes, ma'am.

9    Q.   And she didn't go?

10   A.   I told her she had until April to leave.

11   Q.   Why April?

12   A.   Why not?  April, spring starts.

13   Q.   So W███ is -- you said she was fighting with you all

14   the time; is that right?

15   A.   She was.

16   Q.   The neighbors are calling the police all the time?

17   A.   That's correct.

18   Q.   She is throwing up --

19   A.   That's correct.

20   Q.   -- all over your house?

21        She is smoking crack --

22   A.   That's correct.

23   Q.   -- in your house?

24   A.   That's correct.

25   Q.   And you told her -- first you told her:  You have to go.

1    And then you told her that she could stay for another three

2    months.  You just picked April?

3    A.  No, ma'am.  I didn't tell her she could stay another

4    three months or she can go; it wasn't said like that.

5          After telling her, back in 2016, to go to a

6    program to get some help; she didn't do it.  Then, when

7    Michele talked to me about letting them come there, I

8    thought that would be a good idea.  And then after she went

9    to Michele home and showed off -- and Michele called me and

10   told me that she put her in a cab, sent her right back to

11   me.  Then I knew then she had to go because she wasn't

12   trying to be nowhere; and I wasn't going to go through it.

13         I had too many people that I was taking care of

14   and trying to help.  I was taking care of my son mother.  I

15   was taking care of my brother.  I was taking care of my

16   daughter's godmother.  I had a handful.

17         Yes, they was my family; but they wasn't -- she

18   wasn't doing her part, as much as she could.

19   Q.  So when W███ came back from Michele's and you told her

20   that she was going to have to leave, she did not want to

21   leave?

22   A.  No, she didn't.

23   Q.  Mr. Smith, you have heard us talk about a Motorola phone

24   during this trial.

25   A.  Yes.

1   Q.  I am going to show you what's been admitted as

2   Government's Exhibit 86.

3   A.  All right.

4          MS. BURRELL:  Permission to approach?

5          THE COURT:  Yes, you may.

6          THE DEFENDANT:  You want me to take it out and

7   look at it?

8   BY MS. BURRELL:

9   Q.  Yes.  Mr. Smith, you can take it out of the bag.

10         Mr. Smith, you had a Motorola phone back in 2016,

11  correct?

12  A.  No, ma'am.

13  Q.  Your testimony is that you never had a Motorola phone?

14  A.  I never had a Motorola phone, ma'am.

15  Q.  And that phone that you just looked at, Exhibit 86, your

16  testimony is that's not your phone?

17  A.  It's not my phone.  Never had a Motorola phone.

18         I had a Samsung; it went bad.  Then I got a 6 --

19  iPhone 6 Plus, ma'am.

20  Q.  So, Mr. Smith, I am going to show you what has been

21  admitted as Government's Exhibit 61.

22         Mr. Smith, that should be in front of you on that

23  screen.

24         MS. BURRELL:  And I will also ask to publish to

25  the jury.

1              THE COURT:  Yes.

2              MS. BURRELL:  If we could, maybe, blow that up a

3    little bit.  Zoom in.  Okay.

4    BY MS. BURRELL:

5    Q.  So, Mr. Smith, I am going to read this email, and you

6    can tell me if I'm reading it correctly.

7              Hi, Joseph.  I am glad that your wife is back at

8    home with you.

9              In regards to the fans, I am not sure where you

10   might be able to find stand fans.  I do, however, have two

11   suggestions for you to see if they might be able to assist

12   you.  Keep in mind that standing fans are not commonly asked

13   for and, thus, might not be easy to find.

14             Since I gave you the referral to Central Union

15   Mission, they also have a program for furniture.  See if

16   they might be able to help you with that.

17             The other option is to see if Labor of Love might

18   be able to assist you with that too.  Their number is

19   301-333-440 [sic]; and they're located at 6180 Old Central

20   Avenue, Capitol Heights, Maryland.

21             The one final option that you could try is to see

22   if her insurance might be able to cover the cost of a fan

23   since it is for medical purposes.

24             Please let me know if this information is

25   beneficial.

```
 1              I will be in and out of the office all week, so
 2     feel free to email me, as it will be easier for me to reply.
 3     Rodrigo.
 4              Did I read that correctly?
 5     A.  You did, ma'am.
 6     Q.  Okay.  And if you could look to the left-hand column,
 7     there is a date of November 18th, 2016, correct?
 8              I'm sorry.  October 18, 2016.
 9     A.  That's correct.
10     Q.  And it's from somebody named Rodrigo Aguirre?
11     A.  That's correct.
12     Q.  To Joseph Smith?
13     A.  That's correct.
14     Q.  I am going to show you what's been admitted as
15     Government's Exhibit 61B.
16              MS. BURRELL:  And I will ask to publish to the
17     jury.
18     Q.  Mr. Smith, it should be appearing on that screen in
19     front of you.  And I will ask you to take a look at this.
20              If you'd like, I will just ask you to read it to
21     yourself.  And then, when you are done, look up; and let me
22     know if you recognize it.
23     A.  I read it.
24     Q.  Okay.  Do you recognize that message?
25     A.  I do.
```

```
1    Q.  Is that a message that you sent?

2    A.  I believe that was a message that was sent to me.

3    Q.  Okay.  That was sent to you.

4             And when it says:  What are you talking about?  I

5    have had this number for years.  And how is it deactivated?

6             Is that a message that you sent?

7    A.  Yes.

8             THE COURT:  I think you can take that down.

9             Teresa, you can take that down.

10   BY MS. BURRELL:

11   Q.  Mr. Smith, I'm going to show you what I am marking for

12   identification purposes as Government's Exhibit 201.

13            MS. BURRELL:  Permission to approach.

14            THE COURT:  Yes, you may.

15   Q.  Mr. Smith, if you could take a look at that.  And then

16   just look up at me when you are done.

17   A.  I see it.

18   Q.  Okay.  And do you recognize Government's Exhibit 201?

19   A.  I don't recognize it, but I see it.

20   Q.  Okay.  Now, Mr. Smith, you testified earlier that you

21   would regular -- or that you would talk to A█████'s

22   teachers at school, correct?

23   A.  Yes, I did.

24            Ms. Turner was not a teacher at A█████'s school.

25   Ms. Turner was a front desk secretary that talked with
```

1    Ms. W███ who gave her permission, at times, for me to

2    interact when she couldn't get there.

3    Q.  So Ms. --

4    A.  Ms. W███ also texted messages to her, letting her know

5    if I'm trying to do something, if I am coming or not --

6    Q.  Ms. Turner was someone who worked at A██████'s school?

7    A.  She was a secretary at the front desk.

8    Q.  Thank you.

9         So you know who Ms. Turner is, it sounds like,

10   correct?

11   A.  I do.

12   Q.  And you had conversations with Ms. Turner?

13   A.  When I had to go there a couple of times, yes.

14   Q.  Okay.  So, Mr. Smith, I am going to show you what's been

15   admitted as Government's Exhibit 61A.

16         MS. BURRELL:  And I will ask to publish to the

17   jury.

18   Q.  Mr. Smith, that should be on the screen in front of you.

19   And if you will look, the top message is what I read to you

20   a little bit earlier.

21         And I will ask you to look at the message below

22   that.

23   A.  I see it.

24   Q.  And that's your email address correct,

25   josephsmith61243@gmail.com?

1    A.  That's correct.

2    Q.  And is this an email that you sent?

3    A.  I don't think so.

4         My wife, W████, was sometimes responding as it was

5    me because -- she was -- we was trying to get fans for her.

6    And sometimes she would say -- answer my message.  If she

7    called me and told me:  Rodrigo was trying to get in contact

8    with me to pick up food or couldn't find fans for me -- for

9    her, I would tell her respond.

10   Q.  So you would tell --

11   A.  The whole house -- the Motorola phone, my phone, and the

12   computer phone -- this is the second Motorola phone she had.

13   The first Motorola phone went bad; she exchanged it.

14        So this -- anyway.  She would answer things for me

15   because I couldn't be there all the time.  I was always in

16   the street.  I would tell her to go ahead and answer.

17   Q.  So, Mr. Smith, you just said that that phone,

18   Government's 86 is actually W███'s phone?

19   A.  That is W███'s phone.

20   Q.  Okay.

21   A.  W███ didn't get another phone until 2017.

22   Q.  And is that -- where did W███ get that phone from?

23   A.  T-Mobile phone company.  She could not get a phone.  And

24   I got that on my account, as well, for her.

25   Q.  So you got her that phone?

1    A.  Not this phone, an iPhone.  After this phone -- she

2    damaged this phone here; it wasn't working.  She didn't have

3    a phone for a while.

4              When I was out, someone came into the home and

5    they took this phone and other things from the home.  She

6    still didn't have a phone.

7              After she came from the hospital -- after A██████

8    and them went to Florida, she could not get a phone.  I took

9    her to T-Mobile and got a phone.  They had to get phones in

10   my name because they didn't have phones, and she had bad

11   credit.

12   Q.  Okay.  And so W███ was added to your plan?

13   A.  Yes, she was.

14   Q.  And so A██████ was on one line?

15   A.  A██████ was on there.  When A██████ left, I cut hers

16   off.  When W███ came back, she got a phone.  So both of

17   them had a line under my service.

18   Q.  Okay.  And what was W███'s phone number?

19   A.  I don't remember, ma'am.  It should be in A██████'s

20   phone under "Mom."

21   Q.  So you don't remember W███'s phone number today?

22   A.  No, ma'am.

23   Q.  But it was a different phone number than your phone

24   number?

25   A.  My phone number was put in this phone when I was

```
1    having -- yes.  My number was in this phone.  I had my
2    brother's phone; the one that y'all have now.  It was under
3    two different services.
4    Q.  So you just said that A███████ had a line, correct?
5    A.  Yes.
6    Q.  And W████ had another line, correct?
7    A.  At two different times, yes.
8    Q.  Okay.  And then you had your line?
9    A.  That's correct.
10   Q.  And your phone number ended in -1143?
11   A.  Yes.
12   Q.  And do you remember what A███████'s line ended in?
13   A.  Not by heart.
14   Q.  And you don't remember what W████'s line ended in,
15   correct?
16   A.  No, not by heart.
17   Q.  Okay.  But they were A███████'s line, W█████'s line, and
18   your line?
19   A.  When W████ had a phone, yes.  When she didn't, she used
20   my phone.
21   Q.  And this is the phone that you said that W████ got from
22   T-Mobile; is that right?
23   A.  No, ma'am.  I didn't tell you that.
24   Q.  So where did W████ get this phone from, according to
25   you?
```

1     A.  This here phone was an exchanged phone that W███ did

2     with Motorola because the first phone that her brother

3     Herman gave her went bad; they sent her this one.

4     Q.  Motorola sent her this phone?

5     A.  Motorola didn't send me anything.

6     Q.  I'm sorry.  Who sent her this phone?

7     A.  Motorola sent W███ this phone.

8     Q.  Right.  Motorola sent W███ that phone?

9     A.  That's correct, ma'am.

10    Q.  Mr. Smith, I am going to take Government's Exhibit 86

11    from you.

12              MS. BURRELL:  Permission to approach.

13              THE COURT:  Yes, you may.

14    BY MS. BURRELL:

15    Q.  Mr. Smith, you also said that you had an iPhone 6S Plus,

16    correct?

17    A.  Yes, ma'am.

18    Q.  That was your phone?

19    A.  Yes, ma'am.

20    Q.  And that you used that phone pretty much every day?

21    A.  No, ma'am.

22    Q.  Well, you used it a lot?

23    A.  I used it regularly; but not that much because I was

24    busy moving.

25    Q.  And there was also a Lenovo computer --

```
1    A.  Excuse me?

2    Q.  -- in your apartment, correct?

3    A.  Excuse me?

4    Q.  There was also a Lenovo computer in your apartment?

5    A.  Yes, ma'am.

6    Q.  The user profile on that Lenovo was in your name,

7    correct?

8    A.  No, ma'am.

9    Q.  It was not?

10   A.  No, ma'am.  That's not how I spell my name.  That's not

11   how I would have put my name.

12           I seen what was in there; but I put my name with

13   J-O-S-P-H [sic], see.  When A█████ did that, she did it

14   her way.  So that's not my name.

15   Q.  Well, your name is Joseph, correct?

16   A.  That's correct.

17   Q.  And what was in there on the user profile was J-O-S-E-P

18   [sic], correct?

19   A.  S.

20   Q.  J-O-S-E-P-S?

21   A.  No.  The one that you showed us had J-O-S-E-P-S.

22   Q.  Okay.  And there was a photo of yourself on that home

23   screen?

24   A.  Yes.

25   Q.  And the computer was in your room?
```

1    A.  It was in the bedroom.

2    Q.  In the bedroom.

3          You testified on direct examination that W███'s

4    drinking was affecting your relationship?

5    A.  Yes, it did.

6    Q.  And for all you knew, W███ was not really getting out

7    of bed during this time?

8    A.  Yes, that much.

9    Q.  And you-all were arguing a lot?

10   A.  We argued.

11   Q.  So you and W███ didn't really have the sexual

12   relationship that you wanted with her at that time?

13   A.  W███ and I didn't have a whole lot of sex -- a sexual

14   relationship because I had problems.  I have problems.  I

15   have a pinched spine, and I have prostate enlargement.  Most

16   of the time, I cannot get an erection; and if I get one, it

17   ain't over five minutes.

18   Q.  Well, Mr. Smith, you were on a lot of dating websites at

19   this time, correct?

20   A.  Excuse me?

21   Q.  You were on a lot of dating websites at this time?

22   A.  I have never been on a dating site, ma'am.

23   Q.  Your testimony is that you have never been on a dating

24   website?

25   A.  I have never been on a dating site.

```
1    Q.  And you were watching a lot of porn at this time?

2    A.  No, ma'am.

3    Q.  Mr. Smith, you had a lot of rules in your house,

4    correct?

5    A.  Normal rules, not a lot of rules.

6    Q.  Normal rules, yes?

7    A.  Excuse me?

8    Q.  Normal rules you said, right?

9    A.  Yes.  Clean up behind yourself.  Clean up, yes.  Normal

10   rules.

11   Q.  And having those rules was important?

12   A.  All rules are important, ma'am.

13   Q.  And if the kids didn't comply with those rules, then

14   they would be disciplined?

15   A.  Sometimes.  Sometimes yes, sometimes no.

16   Q.  And the kids would be your biological kids, as well as

17   A███████  and L███████?

18   A.  Yes, ma'am.

19   Q.  Sir, you said sometimes they would be disciplined and

20   sometimes they wouldn't?

21   A.  That's correct.

22   Q.  So sometimes, if they broke the rules, you wouldn't

23   really do anything?

24   A.  Their mother wouldn't do anything.

25   Q.  Well, what about you?
```

1    A.   Sometimes I just walk out the house; I left it alone.

2    Q.   So you had rules, but you didn't really enforce them?

3    A.   It's two parents in the house.  And when it's two

4    parents in the house, it got to be a good guy and a bad guy.

5             So if she tells me that they didn't do something,

6    she is there when I am not there; it's her job to do

7    something about it.  It's not my job to come in and do

8    something about it.

9             I may speak to them while we're at dinner and say:

10   That wasn't nice; you need to do what your mother asked.

11   But I don't take up her discipline when that's something she

12   need to do.

13   Q.   Okay.  So it would be W███ who would be doing most of

14   the disciplining?

15   A.   She did her share when she wanted to, yes.

16   Q.   And sometimes W███ would get mad at A██████, right?

17   A.   That's true.

18   Q.   And sometimes W███ would kind of be looking for a

19   fight; is that right?

20   A.   I don't know.  I can't say that.

21   Q.   When W███ would be getting mad at A██████, sometimes

22   she would be getting kind of worked up?

23   A.   I can't answer that, I don't know.

24   Q.   Well, you were there, weren't you?

25   A.   Sometimes I wasn't.  Sometimes I was there.  I don't

1    think she got worked up.  She just threw a phone or threw a

2    shoe; I don't think it take much to do that.

3    Q.  I'm sorry, Mr. Smith; I couldn't hear you.

4    A.  I said sometimes I was there.  I don't think she got

5    worked up.  I think she just did what came natural to her;

6    she threw her phone or threw her shoe.  I don't think it

7    takes a lot to get worked up to do that.

8    Q.  So W███ would throw her phone or throw her shoe when

9    she got mad at A██████?

10   A.  Any of us.

11   Q.  I'm sorry?

12   A.  At all of us.

13   Q.  Okay.  And when W███ would be mad and would be throwing

14   things at A██████, you would try to stop it, right?

15   A.  No.  I really didn't.

16   Q.  Okay.  So A██████ was about 12 and 13 years old at this

17   time, correct?

18   A.  Yes.

19   Q.  And so -- and her mother would be throwing things at

20   her?

21   A.  Yes.

22   Q.  And you would just kind of sit there?

23   A.  That's her child.

24   Q.  Excuse me?

25   A.  That's her child.

1    Q.  One of the rules that you had was that the kids were not

2    supposed to go into your phone, right?

3    A.  It was a rule, yes.

4    Q.  But they did it anyways, according to your testimony?

5    A.  They done it anyway, yes.

6    Q.  I'm sorry, I didn't hear you.

7    A.  Yes.

8    Q.  And you knew that they were going into your phone?

9    A.  Yes.

10   Q.  And you didn't want them to go into your phone?

11   A.  Actually, I didn't want them playing with my phone.  But

12   it came to a point where I didn't care; I had nothing to

13   hide.  I just wanted them to leave my things alone and play

14   with their own things.

15   Q.  Well, it was a rule that they were not supposed to go on

16   your phone, correct?

17   A.  It was a rule; but it was a rule that -- it was small

18   things.  I overlooked it, though; I didn't feed into it.

19   Q.  So it was a rule; but they would do it, and you didn't

20   do anything about it?

21   A.  That's correct.

22   Q.  So it wasn't really a rule?

23   A.  It was a rule; but it wasn't a rule that they had to

24   have a punishment for.

25   Q.  Okay.  Well, didn't you just testify on direct that the

1    kids would be going into your phones all the time, and that

2    you would be disciplining them for it?

3    A.   Sometimes.   That's what I said, yes, sometimes.   I

4    wouldn't discipline them every time they done something or

5    every time they went in my phone.

6    Q.   So sometimes you would discipline them, and sometimes

7    you wouldn't?

8    A.   Yes, ma'am.

9    Q.   And you just kept your phone out there?

10   A.   What do you mean when you say "out there," ma'am?

11   Q.   Well, you knew that they were going into it?

12   A.   I plugged my phone in.   I would leave it.   I may go on

13   the balcony.   I may just walk outside to the park next door.

14   I may walk outside and talk with the neighbors.   The phone

15   is there.   Sometimes I come in, they have it; it's nothing

16   for me to get all beat up about.

17   Q.   And your kids all had phones, correct?

18   A.   Yes.   Some of them -- sometimes they would be talking on

19   one and texting on the other one.

20   Q.   And A███████, you said, had a Cricket phone; but then

21   you upgraded her to an iPhone?

22   A.   Her mother upgraded her to an iPhone.

23   Q.   I'm sorry?

24   A.   Her mother upgraded her to an iPhone.

25              My mouth is dry.   Sorry.   I didn't mean to sound

1    like that.  My mouth is dry.

2    Q.  And when she had this iPhone, she had a lot of apps on

3    it?

4    A.  She had some apps on it, yes.

5    Q.  And your other kids had apps on their phones, too,

6    right?

7    A.  Yes.

8    Q.  Like they had Facebook or Snapchat?

9    A.  I am not sure.  I know my son had Facebook, I think.

10   But --

11   Q.  Okay.  But they had apps on there?

12   A.  They had some apps on there that they was telling me

13   they was talking to boys.  I heard them saying that they're

14   texting boys; and I would say something.

15           I would say:  Let me see your texts; open it --

16   open it for me.  Because they would have their locks on

17   them.  They would open them up.  And I would look and I'd

18   say:  Get rid of it.  Or, after a while, they showed me how

19   to delete it; I'd delete it.

20   Q.  Okay.  So A███████ sometimes, when she would get in

21   trouble, you would take her phone like that, correct?

22   A.  It have happened.

23   Q.  I'm sorry?

24   A.  It have happened.

25   Q.  And when you had her phone, you would look through her

1  phone?

2  A.  Not every time.  Sometimes I'd give it to her mother.

3  And I be -- like I say, I was on the move a lot.  I would

4  give the phone to her mother.

5  Q.  Okay.  Well, her mother --

6  A.  And then, when I get where I am going, her mother may

7  call me and say:  Hey, I gave her her phone back.

8  Q.  Her mother, at this time, we already talked about, was

9  drunk according to you?

10  A.  We not going to go there.

11  Q.  I'm sorry?

12  A.  She drank a lot, yes.

13  Q.  She drank a lot.  And she was smoking crack?

14  A.  Yes, ma'am.

15  Q.  And you said she spent most of her time in that back

16  bedroom or in the bathroom?

17  A.  She spent a lot of time in the bedroom and the living

18  room.

19  Q.  And the living room now?

20  A.  Yes, ma'am.  She moved around in the house.  She didn't

21  just lay in that bed.  She moved around in the house.  She

22  just didn't go outside, that I knew at the time.

23  Q.  Okay.  Mr. Smith, you had talked about walking the kids

24  to school, right?

25  A.  Yes, ma'am.

```
 1    Q.  And sometimes you would check in on the kids to make
 2    sure they were walking if you couldn't walk with them?
 3    A.  No, I didn't.  W████ used to check in with A██████ to
 4    find out where she was, I think, or who was with her.
 5    Q.  So -- and this is at the same time that Wanda is
 6    drinking?
 7    A.  She didn't drink 24/7 --
 8    Q.  Well, you just said --
 9    A.  -- but she drank a lot.
10    Q.  She drank a lot.
11    A.  But I never said she drank 24/7, ma'am.
12    Q.  Well, you said she was intoxicated --
13    A.  Once you go to sleep, most of the times you wake up, you
14    pretty sober.
15    Q.  So now you are saying she would only drink at night?
16    A.  You never asked me what part of the time she drank, day
17    or night; but she did drink a lot.  W███ eat and drink
18    through the day so that she could hold up.
19    Q.  Mr. Smith, when A██████ moved in with you, you knew
20    that she had just lost her dad, correct, or the person that
21    she thought of as her dad?
22    A.  Yes.
23    Q.  And she didn't really know you?
24    A.  She had met me before.  Maybe she didn't remember me,
25    but she had met me before.
```

1    Q.  I think you testified on direct that she had met you

2    once when she was a little kid.

3    A.  She had seen me going back and forth to the store with

4    her mother.

5    Q.  But she never spent any time with you?

6    A.  Not a lot.  Not -- not really.  She would be there with

7    my daughter.  And I would see them, and I'd walk past them

8    on the sidewalk, or something like that.

9    Q.  She had never spent time alone with you?

10   A.  No.

11   Q.  She had never lived with you?

12   A.  No.

13   Q.  Now, you had said that you did not want the kids talking

14   to boys on their phones, correct?

15   A.  That's correct.

16   Q.  And that includes A███████?

17   A.  A███████, and my daughters.

18   Q.  You did not want her talking to boys?

19   A.  I did not want my daughters talking to boys; they was

20   too young.

21   Q.  And when she would be talking to boys, you would take

22   her phone, correct?

23   A.  No.  I didn't take her phone every time she was talking

24   to a boy because sometimes it was ██████, and I knew ██████.

25   Q.  But you would go through her phone and look to see if

1    she was talking to boys?

2    A.  No, I did not.

3    Q.  So you never looked through her phone to see if she was

4    talking to boys?

5    A.  No, ma'am.

6    Q.  So you would take her phone, correct?  We already

7    established that.

8    A.  I would get her phone from her sometimes; but I didn't

9    go through her phone every time I got her phone from her.

10   Q.  But sometimes you would go through her phone?

11   A.  There were occasions she stood there with me, when I

12   went through the phone, so I could ask her:  Who is this?

13   Q.  Okay.  And so you would go through her phone and then

14   you would ask her about the people in her phone that she was

15   talking to?

16   A.  Yes.  I had permission from her mother at times to do

17   that, yes.  Her mother sometimes would be right there on the

18   side of us.

19              MS. BURRELL:  Okay.  Brief indulgence.

20              Nothing further.

21              THE COURT:  Redirect.

22                      REDIRECT EXAMINATION

23   BY MS. HARDEN:

24   Q.  Good afternoon, Mr. Smith.

25   A.  Good afternoon, ma'am.

1    Q.  You were asked about Government's Exhibit No. 61, it was

2    an email about fans.  Do you remember that?

3    A.  Yes, ma'am.

4    Q.  Why did you need fans at the house?

5    A.  It was -- two, four -- it was five to six people in the

6    house most of the time -- in the apartment; and the -- and

7    the building air conditioning didn't keep it cool enough.

8    And W███   would be hot, so I was trying to do something to

9    make her more comfortable.

10   Q.  And who were you contacting to try to make her more

11   comfortable?

12   A.  Rodriguez [sic].  He works for Catholic Charities.

13   Q.  Now, when you say "Catholic Charities," can you tell the

14   ladies and gentlemen of the jury what that is.

15   A.  Catholic Charities is an organization that help feed

16   people, help clothe people.  They have social workers --

17   different sorts of things that people enjoy and need that

18   they help them with.  And I had been using them for a long

19   time.  And Rodriguez knew me, so I could reach out to him.

20   Q.  What about your testimony as it relates to the cell

21   phone.  How many cell phones did you actually have?

22   A.  I had one cell phone.

23   Q.  And why did you help W███   get a cell phone?

24   A.  She didn't [sic] want one.  She kept saying she wanted a

25   cell phone.  And I took her down to T-Mobile, and she

1    still -- and she still -- and, also, I took her to AT&T.
2    She had bad credit.
3    Q.  I want to talk to you about the fact that -- the
4    government asked you about whether you were cooking every
5    day, or you were the one responsible for the food.
6            Can you tell the ladies and gentlemen of the jury
7    what you were trying to do in terms of how much money you
8    had to take care of your family?
9            Explain to the jury what you were trying to do.
10   A.  Be a little more specific, please.
11   Q.  What is it that you were trying to do by cooking and
12   taking care of food with respect to your family?
13   A.  I cooked every day because I love cooking; and I eat
14   healthy.  I buy fresh vegetables every day.  And the
15   children need to eat three meals a day -- or at least two
16   meals a day; and their mother wasn't able to cook -- or she
17   did a lot of burning up food, so it was better for me to
18   cook.
19   Q.  Were you attempting to control the household in some way
20   with your SSI?
21   A.  No, ma'am.
22   Q.  Now --
23   A.  I didn't get enough to do that.
24   Q.  When you were asked about whether or not you were the
25   one that was responsible for the groceries, you mentioned

1    food stamps.  Who had food stamps?

2    A.  Two thousand -- around the end of 2016 -- or -- yeah,

3    around the end of -- no.  2016, W████  got food stamps; and

4    Talent [sic] --

5    Q.  Were you --

6    A.  So I wasn't controlling her; she had her own money.

7    Q.  Were you attempting to control A██████  in some way?

8    A.  No, ma'am.

9    Q.  Were you attempting to manipulate her in some way?

10   A.  No, ma'am.

11   Q.  Did you ever try to use your position as her stepfather

12   to take advantage of her?

13   A.  No, ma'am.

14   Q.  Any of the text messages that the government showed you

15   related to:  Don't break your nails -- or anything like

16   that -- did you send those text messages?

17   A.  No, ma'am.

18   Q.  With respect to the testimony that you gave about her

19   not getting her nails done -- explain what you meant about

20   that.

21   A.  Say that again, please.

22   Q.  You testified that you didn't know that she was getting

23   her nails done or that you didn't pay for it; explain what

24   you meant about that.

25   A.  I didn't know that she was going to a nail parlor or

```
1    getting her nails done.  I knew her mother was going because
2    her -- her -- my daughter and her would put on nail polish.
3    And I would take some nail cleaner, and I would take it off.
4    I would say, Y'all too young.  So I didn't know she was
5    getting her nails done.
6    Q.  Let me just ask you, Mr. Smith:  Did you sexually abuse
7    ███████?
8    A.  No, I did not.
9    Q.  Did you have oral sex with her?
10   A.  No, I did not.
11   Q.  Did she have oral sex with you?
12   A.  No, she did not.
13   Q.  Did you send her sexual text messages?
14   A.  I did not.
15   Q.  Did you, at any point in time, sleep on an air mattress
16   with A███████?
17   A.  I never slept on an air mattress with anyone.
18               MS. HARDEN:  I have nothing further, Your Honor.
19               THE COURT:  All right.  Mr. Smith, you can leave
20   that seat.  You can leave the witness stand.
21               (Whereupon, the witness steps down.)
22               (Whereupon, the excerpt of testimony concludes.)
23
24
25
```

## CERTIFICATE

       I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the EXCERPTED TESTIMONY (Q/A) proceedings to the best of my ability.

       This certificate shall be considered null and void if the transcript is disassembled and/or photocopied in any manner by any party without authorization of the signatory below.

       Dated this 7th day of February, 2022

       /s/ Elizabeth Saint-Loth, RPR, FCRR

       Official Court Reporter